IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| YOLANDA BELL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 4:25-cv-00838 |
| ABILITY KC, | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Ability KC gives notice of the removal of this action to this Court from the Circuit Court of Jackson County, Missouri. Ability KC removes this case on grounds of federal question and supplemental jurisdiction. In support of its Notice of Removal, Ability KC states the following:

1. On September 2, 2025, Plaintiff Yolanda Bell filed a lawsuit against Ability KC in the Circuit Court of Jackson County, Missouri ("the State Court Action"). In her Petition, Plaintiff purports to bring claims for employment discrimination and harassment based on race and retaliation in violation of the Missouri Human Rights Act ("MHRA") and Title VII of the Civil Rights Act of 1964 ("Title VII").

2. On September 23, 2025, Ability KC was served with the Summons and Plaintiff's Petition.

3. This Notice of Removal is timely because it is filed within the 30-day period prescribed by 28 U.S.C. § 1446(b). *See Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999) (notice of removal is timely under 28 U.S.C. § 1446(b) if filed within 30 days after service of the petition).

4. Removal to this Court is appropriate because it is pending in the Circuit Court of Jackson County, Missouri, which is located in the Western District's jurisdiction. 28 U.S.C. § 1441(a).

5. Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of all process, pleadings, and orders from the State Court Action is attached hereto as Exhibit 1.

6. Ability KC has not made an appearance in the State Court Action.

7. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff brings claims under federal law; namely, Title VII. *See* Exhibit 1, pp. 14-15. Because this Court has original jurisdiction, removal is proper pursuant to 28 U.S.C. § 1441(a).

8. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1441(c).

9. The Court may exercise supplemental jurisdiction over the state law claims (i.e., the MHRA claim) pursuant to 28 U.S.C. § 1367 because it is so related to the Title VII claims that it forms part of the same case or controversy under Article III of the United States Constitution. *See Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546 (2005) ("[O]nce a court has original jurisdiction over some claims in an action, it may exercise supplemental jurisdiction over additional claims arising from the same case or controversy.").

10. Claims are "part of the same case or controversy if they 'derive from a common nucleus of operative fact.'" *ABF Freight Sys., Inc. v. Int'l Broth. of Teamsters*, 645 F.3d 954, 963 (8th Cir. 2011) (quoting *Myers v. Richland County*, 429 F.3d 740, 746 (8th Cir. 2005)).

11. Pursuant to 28 U.S.C. § 1446(d), Ability KC has served written notice of its filing of this Notice of Removal to Plaintiff who is appearing *pro se* by mail (8916 Tennessee Avenue Kansas City, MO 64138) and e-mail (Yonniebell1@gmail.com).

12. On the same date as this Notice of Removal was filed, Ability KC also filed a copy of this Notice of Removal with the Circuit Court of Jackson County, Missouri, the court in which this action was commenced and pending at the time this Notice of Removal was filed with this Court.

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Ability KC respectfully removes to federal court the above-captioned civil action, which is currently pending in the Circuit Court of Jackson County, Missouri.

Dated: October 23, 2025

Respectfully submitted,

LATHROP GPM LLP

*/s/ Jill Waldman*
Bridget B. Romero (MO Bar #56850)
Jill Waldman (MO Bar #51568)
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Telephone: (816) 460-5614
Facsimile: (816) 292-2001
bridget.romero@lathropgpm.com
jill.waldman@lathropgpm.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing was filed on October 23, 2025, using the Court's CM/ECF system and that I mailed and e-mailed the above and foregoing to the individual identified below:

Yolanda Bell
8916 Tennessee Avenue
Kansas City, MO 64138
Yonniebell1@gmail.com

*Pro Se Plaintiff*

                */s/ Jill Waldman*
                An Attorney for Defendant