# EXHIBIT 1

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

Case Type Code: TJ

Division: _____

**YOLANDA BELL**

8916 Tennessee Ave

Kansas City, Missouri 64138

Plaintiff,

**ABILITY KC**

3011 Baltimore Ave

Kansas City, Missouri 64108

Defendant.

FILED-CIRCUIT COURT JACKSON CO MO KC 25 SEP -2 AM 11: 14

## PETITION FOR EMPLOYMENT DISCRIMINATION AND RETALIATION

1. Parties

1. Plaintiff, Yolanda Bell, resides at 8916 Tennessee Ave, Kansas City, Missouri 64138.

2. Defendant, Ability KC, is located at 3011 Baltimore Ave, Kansas City, Missouri 64108, and at all times relevant was Plaintiff's employer.

2. Jurisdiction & Venue

This Court has jurisdiction because the claims arise under Missouri law, and venue is proper in Jackson County where the events occurred and where Defendant is located.

3. Facts

- Plaintiff was employed by Defendant.

- During employment, Plaintiff was subjected to racial discrimination, pay disparity, and retaliatory actions after reporting misconduct and discriminatory treatment.

- Retaliation included removal of job duties, interference with job responsibilities, and false insinuations of misconduct.

- These acts caused Plaintiff economic harm, reputational harm, and emotional distress.



4. Claims

- Count I: Employment Discrimination - Defendant engaged in unlawful employment practices in violation of Missouri Human Rights Act and related protections.

- Count II: Retaliation - Defendant retaliated against Plaintiff for protected activity, including reporting discrimination and unfair practices.

5. Relief Requested

Plaintiff requests that the Court grant the following relief:

- Award of lost wages, back pay, front pay, and lost benefits.

- Compensation for emotional distress.

- Punitive damages as allowed by law.

- Attorney's fees and costs if applicable.

- Any further relief the Court deems just and proper.

Date: 8/26/25

Respectfully submitted,

_____

Yolanda Bell

8916 Tennessee Ave

Kansas City, MO 64138

Pro Se Plaintiff

Phone: 816-456-2858

Email: yonniebell1@gmail.com

## Form 4 - Civil Case Filing Information Sheet

Form 4 - Civil Case Filing Information Sheet

Plaintiff Name & Address:

Yolanda Bell

8916 Tennessee Ave

Kansas City, MO 64138


Defendant Name & Address:

Ability KC

3011 Baltimore Ave

Kansas City, MO 64108


Case Type Code: TJ


Filing Party: Pro Se


Attorney Information: Pro Se


Contact Info:

Phone: 816-456-2858

Email: yonniebell1@gmail.com

Signature & Date: 8/26/25

Yolanda Bell
8916 Tennessee Ave
Kansas City, MO 64138
Phone: 816-456-2858

Clerk of the Court
Jackson County Circuit Court
415 E. 12th Street
Kansas City, MO 64106

**Re: Filing of Civil Petition — Yolanda Bell v. AbilityKC**

Enclosed please find the following documents for filing:
1. Petition for Civil Rights – Employment (Case Type Code: TJ)
2. Civil Cover Sheet (Form 4)
3. Application to Proceed Without Prepaying Fees or Costs (Long Form)
4. Application to Proceed Without Prepaying Fees or Costs (Short Form)

Respectfully submitted,

*Yolanda Bell*

Yolanda Bell, Plaintiff (Pro Se)

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

Case Type Code: TJ

Plaintiff: Yolanda Bell
8916 Tennessee Ave
Kansas City, MO 64138

Defendant: AbilityKC
3011 Baltimore Ave
Kansas City, MO 64108

## PETITION

COMES NOW Plaintiff Yolanda Bell, and for her cause of action against Defendant AbilityKC, states as follows:

1. Plaintiff is a resident of Kansas City, Missouri.
2. Defendant is an employer located in Kansas City, Missouri.
3. This case involves civil rights and employment discrimination/retaliation.

WHEREFORE, Plaintiff respectfully requests judgment against Defendant for damages, costs, and any other relief deemed just and proper by the Court.

Respectfully submitted,

*Yolanda Bell*

Yolanda Bell, Pro Se Plaintiff

FILED-CIRCUIT COURT
JACKSON COUNTY, MO
25 SEP -2 AM11:14

## CIVIL COVER SHEET – FORM 4

| Plaintiff: | Yolanda Bell |
|---|---|
| Address: | 8916 Tennessee Ave, Kansas City, MO 64138 |
| Phone: | 816-456-2858 |
| Defendant: | AbilityKC |
| Address: | 3011 Baltimore Ave, Kansas City, MO 64108 |
| Case Type Code: | TJ – Civil Rights (Employment) |

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

Name: Yolanda Bell
Address: 8916 Tennessee Ave, Kansas City, MO 64138
Phone: 816-456-2858

[Financial details section to be completed by Plaintiff after printing.]

*Yolanda Bell*

Signature of Applicant
Date: 8/26/25

## SHORT FORM – APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

Yolanda Bell
8916 Tennessee Ave
Kansas City, MO 64138
Phone: 816-456-2858

Date: 8/26/25

Clerk of the Court
Jackson County Circuit Court
415 E. 12th Street
Kansas City, MO 64106

**Re: Filing of Civil Petition – Yolanda Bell v. AbilityKC**

Dear Clerk of the Court,

Enclosed please find the following documents for filing in the above-referenced matter:
1. Civil Petition (Case Code: TJ)
2. Civil Cover Sheet (Form 4)
3. Application to Proceed Without Prepaying Fees or Costs (Long Form)
4. Application to Proceed Without Prepaying Fees or Costs (Short Form)
5. Detailed Timeline of Events – July 2025

Please file these documents accordingly. Should any additional information or corrections be needed, kindly notify me at the phone number listed above.

Respectfully submitted,

Yolanda Bell, Plaintiff (Pro Se)

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

## Petition

**Case Type Code:** TJ

Plaintiff: Yolanda Bell
Address: 8916 Tennessee Ave Kansas City, MO 64138

Defendant: AbilityKC 3011 Baltimore Ave Kansas City, MO 64108

Plaintiff hereby petitions the Court in the above-captioned matter alleging discrimination, retaliation, and violations of civil rights in employment. Plaintiff seeks relief as allowed under Missouri law.

**Requested Relief:**
- Compensatory damages
- Punitive damages
- Costs and attorney fees
- Any other relief the Court deems just and proper

Respectfully submitted,

*Yolanda Bell*

Yolanda Bell, Plaintiff (Pro Se)

## Civil Cover Sheet (Form 4)

| Plaintiff | Yolanda Bell |
|---|---|
| Address | 8916 Tennessee Ave Kansas City, MO 64138 |
| Defendant | AbilityKC |
| Defendant Address | 3011 Baltimore Ave, Kansas City, MO 64108 |
| Case Type Code | TJ |

# Application to Proceed in District Court Without Prepaying Fees or Costs

Plaintiff/Petitioner: Yolanda Bell

Address: 8916 Tennessee Ave, Kansas City, MO 64138

Phone: 816-456-2858

Employer: AbilityKC, 3011 Baltimore Ave, Kansas City, MO 64108

**Financial Information (to be completed by applicant):**
- Income: $ 3,400.00
- Assets: Car, Home/w mortgage
- Expenses: $ 4,200.00

I declare under penalty of perjury that the above information is true and correct.

*Yolanda Bell*

Signature of Applicant

8/26/25

Date

## Application to Proceed Without Prepaying Fees or Costs

I, Yolanda Bell, residing at 8916 Tennessee Ave Kansas City, MO 64138, request permission to proceed without prepaying court costs or fees. I declare that I am unable to pay the costs of these proceedings and that the information provided is true and correct to the best of my knowledge.

Yolanda Bell, Plaintiff (Pro-Se)

## PARTIES

Plaintiff: _Yolanda Bell_____

Defendant: Ability KC

Named Individuals:

- HR Director: Janice Brooke

- COO / Executive: Shannon Lepper

- Optional Reference: Felecia Lockett

- Finance Manager: Kimberly Hunter

## FACTS / TIMELINE (fill in dates)

- EEOC charge filed: _12/2/24_____

- Right to Sue received: _6/18/25_____

- Post-it note incident (racist remark): _6/11/25_____

- Meetings with Janice Brooke / Shannon Lepper: _7/11/25 (JB) -7/21/25 (SL)_____

- Janice Brooke confronted Plaintiff (got in Plaintiff's face)

- Evidence tampering / camera footage erased on July 22

- Post-it note destroyed by Janice Brooke

- Job duties removed / $75,000 check incident (Kimberly Hunter)

- Additional retaliation events: _Retaliation by isolation_____

## CLAIMS / ALLEGATIONS

1. Employment discrimination (race, pay disparity)

2. Retaliation (loss of job duties, isolation, hostile work environment)

3. Interference with investigation / evidence tampering

4. Hostile environment created by Janice Brooke and others

FILED-CIRCUIT COURT
JACKSON CO MO-KC
25 SEP -2 AM11:14

5. Ongoing stress, health impacts (e.g., high blood pressure)

So stressed out causing blood pressure to be high when I don't have high blood pressure. I have bradycardia.

## RELIEF REQUESTED

- Compensation for lost wages, emotional distress, retaliation

- Any other relief the Court deems appropriate

Since my potential case has started other employees that I communicate with have been told to not speak with Those that did continue to speak to me, have been fired . I have also been told by Shannon Lepper that I still had to communicate to the HR director Janice Brooke which I don't feel comfortable doing since she intimidated me and humiliated me, which I feel she should've been suspended or some type of course of action should've been taking. After my meeting with Shannon Lepper and Felecia Lockett on 7/21/25. I made the mistake in telling them that Janice Brooke is on camera it has now been deleted per the security guard.

## SERVICE INSTRUCTIONS

- Defendant to be served via Civil Process Department of Jackson County Circuit Court

# Application to Proceed in District Court Without Prepaying Fees or Costs

United States District Court
Western District of Missouri
Kansas City Division

| Name: | Yolanda Bell |
|---|---|
| Address: | 8916 Tennessee Ave, Kansas City, MO 64138 |
| Position: | Receptionist at Ability KC |

You must complete the remaining sections regarding your income, assets, monthly expenses, and dependents. Once completed, please sign and date the application.

Date: 8/26/25

Signature: *Yolanda Bell*

Printed Name: Yolanda Bell

FILED-CIRCUIT COURT
JACKSON CO MO
25 SEP -2

# IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI, KANSAS CITY DIVISION

**YOLANDA BELL, Plaintiff**

v.

**ABILITY KC, Defendant**

## PRO SE EMPLOYMENT DISCRIMINATION COMPLAINT

This is an employment discrimination and retaliation action brought pursuant to Title VII of the Civil Rights Act of 1964. Plaintiff has received a Right to Sue letter from the Equal Employment Opportunity Commission (EEOC).

## Factual Allegations:

1. Plaintiff Yolanda Bell was employed by Ability KC beginning in [insert start date], working diligently and meeting all required duties.

2. Throughout her employment, Plaintiff was paid less than similarly situated Caucasian coworkers despite having equal or greater tenure and responsibilities. After bringing this to the attention of my supervisor, a raise was eventually approved by the COO, but no back pay was provided.

3. Plaintiff repeatedly applied for promotions and internal positions. Several were denied or rescinded under the pretext of budget cuts. Many of these positions required degrees that were not actually necessary, as most employees in those roles were trained on the job.

4. In June/July 2024, a racial slur was discovered on a Post-it note in the workplace. The HR Director instructed staff to tear it up and destroy it, rather than investigating properly. Another employee forwarded a photo of the note to Plaintiff.

5. On July 11, 2024, the HR Director approached Plaintiff at her desk in a hostile and intimidating manner, creating a hostile work environment and causing emotional distress.

6. On July 14–15, 2024, the HR Director allegedly attempted to access or delete security camera footage of her visit to Plaintiff's desk. The security guard confirmed the footage was missing and showed Plaintiff a text from the HR Director regarding this. She then contacted Jade Alarm to ensure the footage was erased, constituting destruction of evidence.

7. Following a meeting on July 21–22, 2024 with the COO and HR Manager regarding the incident, Plaintiff was not given further updates, and the leadership ceased routine meetings with Plaintiff.

8. Plaintiff experienced retaliation and isolation. Her duties handling finance mail and checks were removed after the Finance Manager questioned her regarding a $75,000 check, suggesting wrongdoing without evidence. Other African-American employees were not questioned about similar duties. Plaintiff is left with minimal work and excluded from departmental activities.

9. As a result of the discrimination, harassment, and retaliation, Plaintiff has suffered stress, elevated blood pressure, emotional distress, and feelings of isolation at work.

## Claims for Relief:

- Violation of Title VII of the Civil Rights Act of 1964: Race-based pay discrimination.

- Violation of Title VII: Denial of promotions and unequal employment opportunities based on race.

- Retaliation for reporting discrimination and asserting rights under Title VII.

- Hostile work environment based on race.

## Demand for Relief:

Plaintiff respectfully requests that the Court: 1. Order back pay and compensation for lost wages; 2. Award damages for emotional distress; 3. Reinstate any duties removed or provide equitable remedies; 4. Award costs and attorney fees as allowed; 5. Grant any other relief the Court deems just and proper.

## Application to Proceed In Forma Pauperis (Fee Waiver)

Plaintiff: Yolanda Bell

I request that the Court waive the filing fee of $405 due to my inability to pay.

# Employment Discrimination & Retaliation Timeline

This document provides a chronological timeline of key events related to my employment discrimination, retaliation, and hostile work environment claims at Ability KC. It highlights unequal pay practices, denied promotions, racial harassment, hostile treatment by HR, retaliation through removal of job duties, and evidence tampering. The timeline concludes with the ongoing emotional and health impacts. This summary is prepared for legal review and potential case representation.



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☐ EEOC |

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Yolanda Bell | Date of Birth<br>12/28/1970 | Home Telephone No. (Include Area Code)<br>816-456-2858 |
| --- | --- | --- |
| Street Address<br>8916 Tennessee Ave. | City, State and Zip Code<br>Kansas City, MO 646138 | County<br>Jackson |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name<br>Ability KC | No. of Employees/Members<br>> 200 | Telephone No. *(Include Area Code)*<br>816-332-5224 |
| --- | --- | --- |
| Street Address<br>3011 Baltimore Ave. | City, State and Zip Code<br>Kansas City, MO 64108 | |
| Name | No. of Employees/Members | Telephone No. *(Include Area Code)* |
| Street Address | City, State and Zip Code | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place *(Month, Day, Year)* |
| --- | --- | --- | --- |
| ☒ Race | ☐ Color | ☐ Sex | November 27, 2024 |
| ☐ National Origin | ☐ Religion | ☐ Age | |
| ☐ Disability | ☒ Retaliation | ☐ Other *(Specify)* | ☒ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I am an African-American female, age 53. I have worked for Respondent for 2 1/2 years. My start date was April 11, 2022. My current position is Receptionist. I am the most senior of three Receptionists working for Respondent. Both of the other Receptionists are Caucasian. The other Receptionists have less responsibility than I do, but they are paid more. This was confirmed to me by my supervisor.

I have applied for several positions with Respondent for which I am qualified and that would pay me more money. Two of those were applied for in February and March of this year. The job I applied for in February has never been filled and I am currently doing part of the work without receiving extra pay. I was rejected for the job I applied for in March and was told by the hiring manager that she wanted to hire me but HR would not approve. Just recently, I was actually selected for another position but the offer was later rescinded on Octobery 24, 2024. I have complained about discrimination and I believe I am being retaliated against both in connection with the recission of the most recent job offer and in delaying providing me with information necessary to do my job. The most recent occasion was last Wednesday when I was provided with the fax log for case managers that I am supposed to receive on Monday. This happened for several weeks in a row.

I believe other African-American employee are underpaid compared with Caucasian employees doing comparable work. I therefoore bring this charge on behalf of all similarly siutated African-American employees being discriminated against in pay and/or promotion practices.

I charge Respondent with race discrimination and seek all available remedies.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)*<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| --- | --- |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>*Yolanda Bell* 12/2/24<br>Charging Party *(Signature)*  Date | X_____<br>Signature of Complainant<br><br>Subscribed and sworn to before me this date *(Day, month and Year)* |

MCHR-27 (4-99) AI

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**St Louis District Office**
1222 Spruce, Room 8.100
St. Louis, MO 63103
(314)798-1960
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A and 161-B)

Issued On: 06/18/2025

**To:**   Yolanda Bell
          8916 Tennessee Ave.
          Kansas City, MO 64138

**Re:**   Yolanda Bell v. Ability KC
          EEOC Charge Number:  28E-2025-00132

EEOC Representative and email:   Joseph J. Wilson
                                 State, Local & Tribal Program Manager
                                 Joseph.Wilson@EEOC.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document.  You should keep a record of the date you received this notice.  Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days.  (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: David Davis  6/18/2025
David Davis
District Director

cc:    Brian Wooley - Partner              Martin Meyers
       Lathrop GPM                         The Meyers Law Firm, LC
       2345 Grand Boulevard, Suite 2200    503 One Main Plaza
       Kansas City, MO 64108               Kansas City, MO 64111

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE

To request a copy of your charge file, contact the Fair Employment Practices Agency that investigated your charge.

**Case Timeline – Workplace Discrimination & Retaliation**

*Attorney: Tom Ralston*

**Late 2023:** *Denied promotions began; pattern continued into 2024 and 2025.*

**Late 2024:** *First racially insensitive comments occurred in department; no disciplinary actions were taken.*

**Late 2024:** *Isolation from coworkers began, contributing to hostile work environment and potential retaliation.*

**Late 2024:** *Job offer rescinded under false pretense of budget cuts; position originally given to a Caucasian colleague who declined it. The offer was then extended to me and rescinded the next day. The manager involved resigned after being caught trying to give it to another white employee.*

**End of Nov or Mid-Dec 2024:** *Filed EEOC charge regarding discrimination, retaliation, pay disparity, and job denial.*

**June 18, 2025:** *Received Right to Sue letter from the EEOC.*

**July 11, 2025:** *Racist Post-it note found in workplace. Management claimed they were 'looking into it' but no action taken.*

**July 14, 2025:** *HR Director Janice Brooke confronted me, invaded my space, and created a hostile environment.*

**July 21, 2025:** *Met with COO Shannon Lepper, who stated she would follow up after hearing concerns about HR behavior and lack of response to racial incident.*

**July 30, 2025:** *Second meeting with COO Shannon Lepper and HR Manager Felecia Lockett, who minimized racial incident, stating she had 'seen this before' and implying no further action was needed.*

**Ongoing:** *Caucasian coworkers continued to receive higher pay despite less experience. I was later given a raise but denied backpay.*

**Ongoing:** *Despite being told I was unqualified for various internal roles, I was later offered one of those roles suddenly—likely as a setup. I declined. African-American coworkers were fired for continuing to associate with me.*

**Ongoing:** *Duties removed and reassigned while being denied roles in departments like finance and admissions where I have experience. Other African-American staff confirmed degrees were not required and they were trained on the job.*

# Timeline of Events – Workplace Hostile Environment and Retaliation

Plaintiff: Yolanda Bell
Employer: AbilityKC

*MOSt 2025 recent*

## July 11, 2025

- HR Manager Janice Brooke confronts Plaintiff at her desk. - Incident includes invading personal space, intimidation, and creating a hostile work environment. - Security footage of this interaction exists but is later tampered with.

## July 14–15, 2025

- Security footage showing Janice Brooke at Plaintiff's desk is accessed. - Security Director assists Janice Brooke in accessing and potentially deleting footage from July 14 and 15. - Plaintiff is shown a text from Janice Brooke asking security to "check" the footage for these dates. - Janice Brooke did not contact Jada or other personnel to ensure proper retention of the footage.

## July 22, 2025

- Intentional destruction of evidence confirmed: security confirms missing footage from the July 11–15 events. - Plaintiff informed of the deletion.

## July 21–22, 2025

- Plaintiff reports incident to leadership. - Meeting with Shannon Leppard (COO) and Felecia Lockett (HR Manager) regarding race concerns and hostile environment stemming from the Janice Brooke incident. - Shortly after this meeting, no further updates or meetings conducted. - Plaintiff has not received any follow-up on the investigation as of this writing.

## Notes / Observations

- All events listed occurred in July 2025. - The intentional destruction of evidence by the security director and Janice Brooke directly affects the investigation of the July 11 incident. - Leadership response has been insufficient; meetings ceased after the July 21–22 discussion.



**MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS**
# MISSOURI COMMISSION ON HUMAN RIGHTS

| | | | |
|---|---|---|---|
| **MIKE KEHOE** | **ANNA S. HUI** | **AL LI** | **ALISA WARREN, PH.D.** |
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIR | EXECUTIVE DIRECTOR |

June 12, 2025

Yolanda Bell
8916 Tennessee Ave
Kansas City, MO 64138
Via email: mmeyers@meyerslaw.com

### NOTICE OF RIGHT TO SUE

RE: Bell v. Ability KC E-12/24-56527; 28E-2025-00132

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of the date of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred, but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your compliant in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST.**

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it. This notice of right to sue has no effect on the suit-filing period of any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of the complaint and MCHR has not completed its administrative processing.

Respectfully,

Alisa Warren, Ph.D.
Executive Director

CC: Additional Contacts Listed on Next Page

*The Missouri Commission on Human Rights is an equal opportunity employer/program.*
*Auxiliary aides and services are available upon request to individuals with disabilities.*

TDD/TTY: 1-800-735-2966 • Relay Missouri: 711 • www.labor.mo.gov/discrimination • Email: mchr@labor.mo.gov

Case 4:25-cv-00838-WBG   Document 1-1   Filed 10/23/25   Page 23 of 124

<div align="center">

**MISSOURI COMMISSION ON HUMAN RIGHTS**
**INVESTIGATIVE SUMMARY**

</div>

Yolanda Bell
8916 Tennessee Avenue
Kansas City, MO 64138

**Complainant**

**Case Number(s):**
**E-12/24-56527**
**28E-2025-00132**

**v.**

Ability KC
3011 Baltimore Avenue
Kansas City, MO 64108

**Respondent(s)**

| | |
|---|---|
| **Respondent(s) Contact(s):** | **Complainant Attorney:** |
| Brian Wooley | Martin Meyers |
| Lathrop GPM | The Meyers Law Firm, LLC |
| 2345 Grand Boulevard, Suite 2200 | 503 One Main Plaza |
| Kansas City, MO 64108 | Kansas City, MO 64111 |

**DETERMINATION:**

**All Allegations
Filed)**

**Administrative Closure (AC)/Right to Sue on Request (Dual**

_____     _____June 11, 2025_____

**Alisa Warren, Ph.D., Executive Director**     **Date**

RE:  Bell v. Ability KC E-12/24-56527; 28E-2025-00132

Ability KC
3011 Baltimore Ave
Kansas City, MO 64108
Via email: Janice.brooke@abilitykc.org

Brian Woolley
Partner, Lathrop GPM
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Via email: brian.woolley@lathropgpm.com

Martin Meyers
Attorney, The Meyers Law Firm, LC
503 One Main Plaza
Kansas City, MO 64111
Via email: mmeyers@meyerslaw.com, vcaine@meyerslaw.com

**MISSOURI COMMISSION ON HUMAN RIGHTS**

**REQUEST FOR NOTICE OF RIGHT TO SUE**

Yolanda Bell
Complainant

E-12/24-56527
MCHR Case Number

Ability KC
Respondent(s) Name(s)

28E-2025-00132
EEOC Case Number

If you desire a Right to Sue letter from these agencies, it will be necessary for you to sign your name on <u>both lines</u> provided below:

The Missouri Human Rights Act provides a procedure for Complainants who want to take their case directly into state court:

      If the commission has not completed its administrative processing and the person aggrieved so requests in writing, the commission shall issue to the person claiming to be aggrieved a letter indicating their right to bring a civil action within ninety days of such notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred, either before a circuit or associate circuit judge. <u>Upon issuance of this notice, the commission shall terminate all proceedings relating to the complaint.</u> No person may file or reinstate a complaint with the commission after the issuance of a notice under this section relating to the same practice or act. <u>Any action brought in court under this section shall be filed within ninety days from the date of the commission's notification letter to the individual but no later than two years after the alleged cause occurred or its reasonable discovery by the alleged injured party.</u> (Emphasis added.)

Title VII of the Civil Rights of 1964 also provides for granting Complainants a private right of action in federal court.

I wish to administratively close my complaint filed with the Missouri Commission on Human Rights in order to receive a Right to Sue letter.

_____
Signature

5-7-2025
_____
Date

I wish to administratively close my complaint filed with the Equal Employment Opportunity Commission in order to receive a Right to Sue letter.

_____
Signature

5-7-2025
_____
Date



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☐ EEOC |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Yolanda Bell | Date of Birth<br>12/28/1970 | Home Telephone No. (Include Area Code)<br>816-456-2858 |
| --- | --- | --- |
| Street Address<br>8916 Tennessee Ave. | City, State and Zip Code<br>Kansas City, MO 646138 | County<br>Jackson |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me (if more than one list below).

| Name<br>Ability KC | No. of Employees/Members<br>> 200 | Telephone No. (Include Area Code)<br>816-332-5224 |
| --- | --- | --- |
| Street Address<br>3011 Baltimore Ave. | City, State and Zip Code<br>Kansas City, MO 64108 | |
| Name | No. of Employees/Members | Telephone No. (Include Area Code) |
| Street Address | City, State and Zip Code | |

FILED

DEC 0 2 2024

"MCHR"

| Cause of Discrimination based on (Check appropriate box(es)) | | | Date Discrimination took Place (Month, Day, Year) |
| --- | --- | --- | --- |
| ☒ Race | ☐ Color | ☐ Sex | November 27, 2024 |
| ☐ National Origin | ☐ Religion | ☐ Age | |
| ☐ Disability | ☒ Retaliation | ☐ Other (Specify) | ☒ Continuing Action |

The Particulars Are (If additional space is needed, attach extra sheet(s)):

I am an African-American female, age 53. I have worked for Respondent for 2 1/2 years. My start date was April 11, 2022. My current position is Receptionist. I am the most senior of three Receptionists working for Respondent. Both of the other Receptionists are Caucasian. The other Receptionists have less responsibility than I do, but they are paid more. This was confirmed to me by my supervisor.

I have applied for several positions with Respondent for which I am qualified and that would pay me more money. Two of those were applied for in February and March of this year. The job I applied for in February has never been filled and I am currently doing part of the work without receiving extra pay. I was rejected for the job I applied for in March and was told by the hiring manager that she wanted to hire me but HR would not approve. Just recently, I was selected for another position but the offer was later rescinded on Octobery 24, 2024. I have complained about discrimination and I believe I am being retaliated against both in connection with the recission of the most recent job offer and in delaying providing me with information necessary to do my job. The most recent occasion was last Wednesday when I was provided with the fax log for case managers that I am supposed to receive on Monday. This happened for several weeks in a row.

I believe other African-American employee are underpaid compared with Caucasian employees doing comparable work. I therefore bring this charge on behalf of all similarly siutated African-American employees being discriminated against in pay and/or promotion practices.

I charge Respondent with race discrimination and seek all available remedies.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- (When necessary to meet State and Local Requirements) |
| --- | --- |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X *Yolanda Bell* 12/2/24<br>Charging Party (Signature)      Date | X _____<br>Signature of Complainant<br><br>Subscribed and sworn to before me this date (Day, month and Year) |

MCHR-27 (4-99) AI



| MIKE KEHOE | ANNA S. HUI | AL LI | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIR | EXECUTIVE DIRECTOR |

April 23, 2025

Martin Meyers
Attorney, The Meyers Law Firm, LC
503 One Main Plaza
Kansas City, MO 64111
mmeyers@meyerslaw.com

RE:    Bell v. Ability KC E-12/24-56527; 28E-2025-00132

Dear Martin Meyers

My name is Brittany Cash, and I am an investigator with the Missouri Commission on Human Rights. Your client's complaint of discrimination referenced above was recently assigned to me for processing.

We have received Respondent's response to the complaint, and as soon as I have had the opportunity to thoroughly review all of the information provided thus far by both parties, I will contact you in connection with the investigation. Please keep in mind that I have over 100 cases currently assigned to me, so that may take a number of months.  Your patience is appreciated. In the meantime, if you and/or your client have additional information you would like to share for the case file, please feel free to forward it via email to bellvabilitykcz3354115@missouri-dolir.filevinegov.com.  This email address is specific to this case and will automatically add the information to the appropriate case file to ensure that such is promptly received and reviewed.

If you would like to obtain a Notice of Right to Sue in the matter, in lieu of our investigation, please complete the attached Request for a Notice of Right to Sue by signing and dating the form on both signature lines on behalf of your client and return the completed for to the case file (bellvabilitykcz3354115@missouri-dolir.filevinegov.com).  MCHR is authorized to issue a right to sue notice on written request when it has not completed its administrative processing after a complaint has been on file for over 180 days.

Again, thank you for your patience.

Sincerely,

Brittany Cash
HRO - Investigator, Missouri Commission on Human Rights
111 N. 7th Street, Suite 903
Saint Louis, MO 63101
Phone:  314-340-4776 Main
Email:  brittany.cash@labor.mo.gov
Case Specific Email:  bellvabilitykcz3354115@missouri-dolir.filevinegov.com

*The Missouri Commission on Human Rights is an equal opportunity employer/program.*
*Auxiliary aides and services are available upon request to individuals with disabilities.*



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
# MISSOURI COMMISSION ON HUMAN RIGHTS

| MICHAEL L. PARSON | ANNA S. HUI | AL LI | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIR | EXECUTIVE DIRECTOR |

## NOTICE THAT A COMPLAINT HAS BEEN FILED

December 10, 2024

Yolanda Bell
8916 Tennessee Ave
Kansas City, MO 64138
Via Complainant Attorney Email  mmeyers@meyerslaw.com, vcaine@meyerslaw.com

RE:     Bell v. Ability KC E-12/24-56527; 28E-2025-00132

This is to inform you the enclosed complaint alleging employment discrimination has been dually filed with the Missouri Commission on Human Rights (MCHR) and the federal Equal Employment Opportunity Commission (EEOC).   **Please keep this letter for future reference.**

This complaint will be investigated by MCHR.  You are encouraged to cooperate fully in the investigation.  An investigator from our agency will be in contact with you.  Please keep in mind:

- It is VERY IMPORTANT you keep us informed of any change in your address, telephone numbers, or email address. The preferred method of contact is email.
- In determining if a violation of the law occurred, the Executive Director will consider all facts and evidence provided by you and Respondent in the course of the investigation.
- We have already requested Respondent's response to your complaint. When your case is assigned, the investigator will contact you to discuss your allegations and the response.
- The parties are encouraged to consider settling this complaint on mutually agreeable terms. Please keep us informed if you and Respondent resolve your complaint.
- *If* a questionnaire was previously provided or one is enclosed here, please complete and return it via email (bellvabilitykcz3354115@missouri-dolir.filevinegov.com), fax (573-751-2905), or by REGULAR, FIRST-CLASS MAIL to the following address:  Missouri Commission on Human Rights; P.O. Box 1129; Jefferson City, MO 65102-1129.

The statute provides that you may request a right to sue letter. Such a letter would allow you to file suit in court against Respondent named in your complaint using your own resources. MCHR closes its case when it issues a right to sue letter.

If MCHR finds no violation of the statute after investigating your allegations, then MCHR will close your complaint, and you will not be able to get a right to sue letter from MCHR. If you want a right to sue letter, then you may request one in writing at any time. If you have requested a right to sue letter and MCHR has not completed its administrative processing of your complaint after it has been on file for over 180 days, then MCHR will issue your right to sue letter.

If you have any questions, please email: bellvabilitykcz3354115@missouri-dolir.filevinegov.com.  Thank you.

Enclosures:  copy of complaint, EEOC Dual File Notice, General information Sheet

<u>*NOTICE OF STATUTE PROHIBITING RETALIATION*</u>
It shall be an unlawful practice for any employer, labor organization, or employment agency to discharge, expel, or otherwise discriminate against any person because he or she has opposed any practices forbidden under the law or because he or she has filed a complaint, testified, or assisted in any proceeding under Chapter 213, RSMo. as amended.

*The Missouri Commission on Human Rights is an equal opportunity employer/program.*
*Auxiliary aides and services are available upon request to individuals with disabilities.*

TDD/TTY: 1-800-735-2966   •   Relay Missouri: 711   •   www.labor.mo.gov/discrimination   •   Email: mchr@labor.mo.gov

Case 4:25-cv-00838-WBG     Document 1-1     Filed 10/23/25     Page 29 of 124



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
# MISSOURI COMMISSION ON HUMAN RIGHTS

| MICHAEL L. PARSON | ANNA S. HUI | AL LI | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIR | EXECUTIVE DIRECTOR |

## NOTICE THAT A COMPLAINT HAS BEEN FILED

December 10, 2024

Martin Meyers
503 One Main Plaza
Kansas City, MO 64111
mmeyers@meyerslaw.com, vcaine@meyerslaw.com

RE:     Bell v. Ability KC E-12/24-56527; 28E-2025-00132

Dear Martin Meyers:

This is to inform you the enclosed complaint alleging employment discrimination has been dually filed with the Missouri Commission on Human Rights (MCHR) and the federal Equal Employment Opportunity Commission (EEOC).   **Please keep this letter for future reference.**

This complaint will be investigated by MCHR.  You are encouraged to cooperate fully in the investigation.  An investigator from our agency will be in contact with you.  Please keep in mind:

- It is VERY IMPORTANT you keep us informed of any change in your address, telephone numbers or email address. The preferred method of contact is email.
- In determining if a violation of the law occurred, the Executive Director will consider all facts and evidence provided by you and Respondent in the course of the investigation.
- We have already requested Respondent's response to your complaint. When your case is assigned, the investigator will contact you to discuss your allegations and the response.
- The parties are encouraged to consider settling this complaint on mutually agreeable terms. Please keep us informed if you and Respondent resolve your complaint.
- *If* a questionnaire was previously provided or one is enclosed here, please complete and return it via email (bellvabilitykcz3354115@missouri-dolir.filevinegov.com), fax (573-751-2905), or by REGULAR, FIRST-CLASS MAIL to the following address:  Missouri Commission on Human Rights; P.O. Box 1129; Jefferson City, MO 65102-1129.

The statute provides that you may request a right to sue letter. Such a letter would allow you to file suit in court against Respondent named in your complaint using your own resources. MCHR closes its case when it issues a right to sue letter.

If MCHR finds no violation of the statute after investigating your allegations, then MCHR will close your complaint, and you will not be able to get a right to sue letter from MCHR. If you want a right to sue letter, then you may request one in writing at any time. If you have requested a right to sue letter and MCHR has not completed its administrative processing of your complaint after it has been on file for over 180 days, then MCHR will issue your right to sue letter.

If you have any questions, please email: bellvabilitykcz3354115@missouri-dolir.filevinegov.com.  Thank you.

Enclosures:  copy of complaint, EEOC Dual File Notice, General information Sheet

*NOTICE OF STATUTE PROHIBITING RETALIATION*
It shall be an unlawful practice for any employer, labor organization, or employment agency to discharge, expel, or otherwise discriminate against any person because he or she has opposed any practices forbidden under the law or because he or she has filed a complaint, testified, or assisted in any proceeding under Chapter 213, RSMo. as amended.

*The Missouri Commission on Human Rights is an equal opportunity employer/program.*
*Auxiliary aides and services are available upon request to individuals with disabilities.*

TDD/TTY: 1-800-735-2966   •   Relay Missouri: 711   •   www.labor.mo.gov/discrimination   •   Email: mchr@labor.mo.gov

Case 4:25-cv-00838-WBG     Document 1-1     Filed 10/23/25     Page 30 of 124

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

| | |
|---|---|
| | **PERSON FILING CHARGE**<br>Yolanda Bell |
| Ability KC<br>3011 Baltimore Ave<br>Kansas City, MO 64108 | **THIS PERSON**<br>Claims to be aggrieved |
| | **EEOC CHARGE NO.**<br>28E-2025-00132 |
| | **FEPA CHARGE NO.**<br>E-12/24-56527 |

**NOTICE OF CHARGE OF DISCRIMINATION in Jurisdiction where a FEP Agency will initially process**
*(See the enclosed for additional information)*

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER
Title VII (Title VII of the Civil Rights Act), Title VII (Title VII of the Civil Rights Act), Title VII (Title VII of the Civil Rights Act)

HAS BEEN RECEIVED BY
Missouri Commission On Human Rights and sent to the EEOC for dual filing.

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII, ADA GINA or PWFA charge) to investigate this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC. This likelihood is increased by your active cooperation with the Agency.

As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency. For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.

For further correspondence on this matter, please use the charge number(s) shown above.

ENCLOSURE(S): Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION
Race, Retaliation, Race
**See enclosed copy of Charge of Discrimination**

| DATE<br>12/10/2024 | NAME/TITLE OF AUTHORIZED OFFICIAL<br>David Davis,<br>District Director | SIGNATURE |
|---|---|---|

# INFORMATION ON CHARGES OF DISCRIMINATION
## EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge. EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

**Section 1602.14 Preservation of records made or kept.** Where a charge... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action. The term *personnel records relevant to the charge*, for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 207(f) of GINA, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes. The Equal Pay Act contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

## NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.



# MISSOURI COMMISSION ON HUMAN RIGHTS
## MISSOURI DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS
### COMPLAINT PROCESS

# THE INVESTIGATION

- The person who files the complaint is called the ***Complainant***. The organization or individual against whom the complaint is filed is called the ***Respondent***. When a complaint of employment discrimination is filed with the Missouri Commission on Human Rights (MCHR), it is also automatically filed with the federal Equal Employment Opportunity Commission (EEOC) if the employer has 15 or more employees (or 20 or more employees if based on age). When a complaint of housing discrimination is filed with MCHR, it is also automatically filed with the U.S. Department of Housing and Urban Development.

- When a complaint is filed, MCHR conducts an impartial investigation to determine if the Missouri Human Rights Act was violated. MCHR does not choose sides or represent either the ***Complainant*** or the ***Respondent***. Instead, MCHR looks for information that will show whether or not a person's protected category, such as race, disability, gender, etc., was a contributing factor in the alleged discriminatory act.  MCHR is a neutral fact-finder.

- Please cooperate fully and promptly in this investigation because that speeds up the process. Keep us informed of any changes of address, telephone number or e-mail address. If you have an attorney, have him or her supply MCHR with a letter indicating he or she represents you. Also, reply promptly to requests for documents, names of witnesses and any other things MCHR might require. The best way for us to gather the facts is if you assist us.

- When the investigation has been completed, the Executive Director makes the final determination and notifies both parties in writing.

- If the Executive Director finds there was no violation of the statute, then the case will be closed and a notice of right to sue issued to the ***Complainant***. Such a notice allows the ***Complainant*** to file suit in court against the ***Respondent(s)*** named in the complaint. Due to a change in the statute, such notices of right to sue will only be issued regarding alleged discrimination that occurred prior to August 28, 2017.

- If the Executive Director finds no violation in an employment discrimination complaint that has also been filed with EEOC, which will have a case number beginning with an "E," then the ***Complainant*** may ask the EEOC to review that determination.  The ***Complainant*** must make this request in writing to EEOC within fifteen (15) days of receiving the Executive Director's determination.

- If the Executive Director determines the statute was violated, then MCHR will attempt to conciliate (settle) the case. If the case does not settle, MCHR can decide to hold a public hearing to adjudicate the complaint.

- If MCHR has not completed its processing of a complaint, then the ***Complainant*** may ask MCHR for a notice of right to sue. When issuing a notice of right to sue, MCHR terminates its investigation and closes its file. **A *COMPLAINANT* MUST FILE SUIT WITHIN TWO (2) YEARS OF THE ALLEGED DISCRMINATORY ACT AND WITHIN NINETY (90) DAYS OF THE ISSUANCE OF THE NOTICE OR THE RIGHT TO SUE WILL LAPSE.**

# SETTLEMENT

- At any time in the complaint process, the ***Complainant*** and the ***Respondent*** may negotiate a settlement to resolve the complaint. MCHR encourages the parties to consider no-fault, compromise settlements.

# RETALIATION

- It is illegal to take action against people because they complained of discrimination, whether they complained formally or informally, internally or externally, alleging discrimination against themselves or others. It is also illegal to retaliate against witnesses or anyone who has testified, assisted, or participated in any manner in MCHR's processing of the complaint.

# RECORD KEEPING

- ***Respondents*** are required to keep all of the records the investigation may need. Records made by the employer regarding the ***Complainant*** <u>and other similarly situated persons</u> are to be kept for one full year, but if a complaint is filed, then these records must be kept until the complaint is fully resolved. Records may be important even if they are about the ***Complainant's*** coworkers or those who sought a job ***Complainant*** sought.

# COMPLAINANT OR RESPONDENT ATTORNEYS

- The ***Complainant*** and the ***Respondent*** have the right to have an attorney during the administrative process, but it is not a requirement at the investigation stage. If the ***Complainant*** or ***Respondent*** hires an attorney, then the attorney should send MCHR a letter confirming the representation. All subsequent correspondence will then be sent directly to the attorney. Incorporated ***Respondents*** at public hearing are required to have an attorney.

# REMEDIES FOR DISCRIMINATION

- The Missouri Human Rights Act provides that remedies may be ordered when MCHR finds AFTER A PUBLIC HEARING that a ***Respondent*** has engaged in an unlawful discriminatory practice. Such remedies include, BUT ARE NOT LIMITED TO, payment of back pay, hiring, reinstatement or promotion, the extension of full, equal and un-segregated public accommodations, and payment of actual damages, including compensation for pain, suffering and deprivation of civil rights. The ***Complainant*** has an obligation under the law to mitigate the damages by continuing to seek work during any periods of unemployment.

# QUESTIONS?

- The MCHR staff is here to assist both parties while the complaint is in our process. Do not hesitate to seek clarification on any part of the complaint process. Some of the issues we deal with are complex, and you might want additional information. Copies of the Missouri Human Rights Act and MCHR's Rules and Regulations are available free of charge from our web site at www.labor.mo.gov/discrimination.

<div align="center">

## MISSOURI COMMISSION ON HUMAN RIGHTS

**P.O. Box 1129**
**Jefferson City, MO 65102-1129**
**Phone: 573-751-3325**
**Fax: 573-751-2905**
**E-Mail: mchr@labor.mo.gov**
**Website: www.labor.mo.gov/mohumanrights**

</div>

| | |
|---|---|
| **From:** | MCHRIntake |
| **Sent:** | Monday, December 2, 2024 6:26 PM |
| **To:** | Veronica Caine |
| **Subject:** | RE: Yolanda Bell v. Ability KC |

Thank you.

*KRISTY A. LAMBERT, ESQ.* (she/her/hers)
DIRECTOR OF COMPLIANCE AND OPERATIONS

 

CONFIDENTIALITY NOTICE: This e-mail communication and any attachments may contain confidential and privileged information intended only for the use of the recipient or recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents may be prohibited by federal or state law. If you have received this communication in error, please notify me immediately by telephone at 816-889-3583, delete this communication, and destroy all copies (paper, electronic, or otherwise) of this communication and any attachments. Do not further disclose any information contained in or attached to this communication to any other person or entity.

**From:** Veronica Caine <vcaine@meyerslaw.com>
**Sent:** Monday, December 2, 2024 5:35 PM
**To:** MCHRIntake <MCHRIntake@labor.mo.gov>
**Subject:** Yolanda Bell v. Ability KC

Attached is a Charge of Discrimination signed by our client, Yolanda Bell. Please file it in your usual manner and return a file-stamped copy to me at your earliest convenience. Please also be advised that Martin Meyers of our office is representing Ms. Bell.

Thank you.

Veronica



VERONICA CAINE | THE MEYERS LAW FIRM, LC



vcaine@meyerslaw.com
tel: 816 444 8500 | direct: 816 994 3241 | fax: 816 444 8508
503 One Main Plaza | 4435 Main Street | Kansas City, MO 64111

1



CP is a certification mark of the National Association of Legal Assistants.
Its use is permitted only by those who have met and maintained national certification standards.

2

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA E-12/24-56527
☐ EEOC 28E-2025-00132

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

### Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Yolanda Bell | Date of Birth<br>12/28/1970 | Home Telephone No. (Include Area Code)<br>816-456-2858 |
|---|---|---|
| Street Address<br>8916 Tennessee Ave. | City, State and Zip Code<br>Kansas City, MO 646138 | County<br>Jackson |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name<br>Ability KC          FILED | No. of Employees/Members<br>> 200 | Telephone No. *(Include Area Code)*<br>816-332-5224 |
|---|---|---|
| Street Address<br>3011 Baltimore Ave.       DEC 02 2024 | City, State and Zip Code<br>Kansas City, MO 64108 | |
| Name                "MCHR" | No. of Employees/Members | Telephone No. *(Include Area Code)* |
| Street Address | City, State and Zip Code | |

| Cause of Discrimination based on (Check appropriate box(es)) | | | Date Discrimination took Place *(Month, Day, Year)* |
|---|---|---|---|
| ☒ Race ☐ Color ☐ Sex | | | November 27, 2024 |
| ☐ National Origin ☐ Religion ☐ Age | | | |
| ☐ Disability ☒ Retaliation ☐ Other *(Specify)* | | | ☒ Continuing Action |

The Particulars Are (If additional space is needed, attach extra sheet(s)):
I am an African-American female, age 53. I have worked for Respondent for 2 1/2 years. My start date was April 11, 2022. My current position is Receptionist. I am the most senior of three Receptionists working for Respondent. Both of the other Receptionists are Caucasian. The other Receptionists have less responsibility than I do, but they are paid more. This was confirmed to me by my supervisor.

I have applied for several positions with Respondent for which I am qualified and that would pay me more money. Two of those were applied for in February and March of this year. The job I applied for in February has never been filled and I am currently doing part of the work without receiving extra pay. I was rejected for the job I applied for in March and was told by the hiring manager that she wanted to hire me but HR would not approve. Just recently, I was actually selected for another position but the offer was later rescinded on Octobery 24, 2024. I have complained about discrimination and I believe I am being retaliated against both in connection with the recission of the most recent job offer and in delaying providing me with information necessary to do my job. The most recent occasion was last Wednesday when I was provided with the fax log for case managers that I am supposed to receive on Monday. This happened for several weeks in a row..

I believe other African-American employee are underpaid compared with Caucasian employees doing comparable work. I therefore bring this charge on behalf of all similarly siutated African-American employees being discriminated against in pay and/or promotion practices.

I charge Respondent with race discrimination and seek all available remedies.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- *(When necessary to meet State and Local Requirements)*<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X *Yolanda Bell*        12/2/24<br>Charging Party (Signature)        Date | X _____<br>Signature of Complainant<br><br>Subscribed and sworn to before me this date *(Day, month and Year)* |

MCHR-27 (4-99) AI



Lathrop GPM LLP
lathropgpm.com

2345 Grand Blvd.
Suite 2200
Kansas City, MO 64108
Main: 816.292.2000

**Brian N. Woolley**
Senior Counsel
brian.woolley@lathropgpm.com
816.460.5621

January 14, 2025

VIA EMAIL: Bellvabilitykcz3354115@missouri-dolir.filevinegov.com

Missouri Commission on Human Rights
Attn: Brittany Cash - Investigator

RE:     *Bell v. Ability KC*
        *Charge E-112/24-56527; 28E-2025-00132*

Dear Ms. Cash:

I represent Ability KC, the respondent in this matter. Ability KC is a comprehensive outpatient medical rehabilitation facility providing individuals of all ages with therapeutic, educational, and vocational services. Located in Kansas City, Missouri, Ability KC serves approximately 3,000 individuals and families each year.

Ms. Bell is currently employed as a Receptionist by Ability KC. I would also note that several of the events mentioned occurred more than 180 days before the Charge was filed, as shown by the dates noted in the Charge, and thus are untimely.

As set forth in more detail in the attached response to the Initial Respondent Interrogatory, Ability KC did not discriminate against Ms. Bell because of her race (African-American) or in retaliation for any complaint. To summarize the response:

-       Ms. Bell is not the lowest paid receptionist. Her pay is in the middle of the three Receptionists. The one higher paid receptionist receives extra pay because she also provides clerical support to Ability KC's Board of Directors. (Without this additional pay, Ms. Bell would in fact be the highest paid receptionist).

-       Ms. Bell's Charge references three job transfer applications. The February 2024 job was for a staff accountant, and Ms. Bell does not possess the qualifications, including accounting work experience. The job was filled with a qualified candidate. The March 2024 job required knowledge of insurance benefit systems which Ms. Bell did not possess. Two of the three individuals hired for this position are African-American. The October 2024 transfer application was going to be awarded to Ms. Bell; however, because of budget constraints, a hiring freeze was instituted for the department in question (and existing staff in the department was reduced by 3 people), and so Ms. Bell was not moved into the new job.

65281708v1

- We believe the complaint Ms. Bell references was more than a year ago, when she expressed concern about advancement possibilities. Since that time, Ability KC has engaged consultants to work with support staff, including the Receptionists, on career planning and skill development. Further, Ability KC's employee-led DEIB council proposed that a consultant be engaged to assist in the mission of supporting diversity in the workforce, a proposal that was accepted. The consultant has been working with the DEIB council for almost a year. Ms. Bell has not been retaliated against for expressing her concern.

- Ms. Bell has not been disciplined or counseled because of any work performance issue. Her performance evaluations have consistently been very positive. Information has not been delayed in an effort to have her fail at her job. In fact, in the one example she mentions in her Charge, the work was given to her early (on the Wednesday before it was normally available, not after).

In short, there is no basis to believe that Ability KC has discriminated against or retaliated against Ms. Bell. If you have further questions, please let me know.

Very truly yours,

Lathrop GPM LLP

Brian N. Woolley
Senior Counsel

BNW:jlf

**Initial Respondent Interrogatory**

| | |
|---|---|
| **Complainant:** | Yolanda Bell |
| **Respondent:** | Ability KC |
| **MCHR No.:** | E-12/24-56527 |
| **EEOC No.:** | 28E-2025-00132 |

1) **Respondent's position regarding all of the allegations:**

- **February 2024 Job Transfer Request to Finance Department for Staff Accountant position.**
  Supporting Documents:
  - Job Transfer Request Form
  - Yolanda's Resume and Job Application reporting education and work experience
  - H. Vergara's Resume and Job Application (hired candidate)
  - Staff Accountant job description with educational/work experience requirements

  Yolanda met with the hiring manager, CFO/Sherry Early on 3/1/24 to discuss the staff accountant position and it's required qualifications for the position.

  Yolanda reported having a high school/GED education reported on her application. Work experience reported was significant for customer service/reception duties but did not include a college degree or the desired accounting work history. The hiring manager advised Yolanda that she did not have the required/desired work history or education and was not hired to fill the Staff Accountant position.

  In the receptionist position, Yolanda's role does provide clerical support to varies departments, including Finance. She opens incoming mail-checks and tallies the day's check receipts to report to Finance and types out purchase orders and distributes to deparments.

  Position of Staff Accountant was filled 8/2024 with H. Vergara, Asian Male.

-page 1-

- **March 2024 Job Transfer Request to Admissions Department for Admissions Coordinator position.**
  Supporting Documents:
  - Job Transfer Request Form
  - Yolanda's Resume and Job application reporting education and work experience
  - M. Jackson, C. Alexis, and B. Hamilton's Resume (selected hired candidates)
  - Admissions Coordinator job description with educational/work experience requirements
  - Email dated 4/10/2024 from hiring manager, Tish Kinlein
  - Applications- Temporary Contract Agency Workers (3)

  Yolanda met with the Admissions Department hiring manager, Tish Kinlein, the week of April 8, 2024.

  Hiring Manager email dated 4/10/24 states Yolanda was not hired for the position due to the lack of experience/knowledge with insurance benefits systems.

  Yolanda requested consideration for a job shadowing experience in Admissions following the interview and was advised the hiring manager would need to review this with the Director.  The shadowing did not get arranged due in part to staffing shortages in Admissions at the time and challenges onboarding temporary contract personnel.

  Temporary contract agency workers were utilized to fill positions until recent hires.

  Temporary contract agency workers:

  - M. Jackson   African American Female
    - M. Jackson was hired to permanent position 9/2024.

  - A. Christal, African American Female
    - A. Christal was hired to permanent position 11/2024.

  - B. Hamilton, Caucasian Female
    - B. Hamilton was hired to permanent position 12/24.

-page 2-

- **October 2024 Job Transfer Request to Employment Services for Community Employment Job Trainer/Specialist position.**
  Supporting Documentation:
  - Job Transfer Request Form
  - Resume and Job application reporting education and work experience
  - Community Employment Specialist (CES) job description with educational/work experience requirements
  - Order of Selection/State of MO Vocational Rehab email notice, dated 12/1/24

Yolanda interviewed with the Employment Services hiring manager, Amy Ditty on 10/3/2024. The interview included Melissa Tola, Employment Services Program Coordinator.

The interview was initially for the Community Employment Job Trainer position, this was amended to interview for the CES position, which was confirmed interest in by Yolanda during the interview and agreeable to proceed with the interview for.

This job offer was extended to Yolanda on 10/21/24 based on interview feedback and meeting position qualifications. At the same time of the interview process, the department was preparing their 2025 Budget and was requested by Executive Management to address the 2024 Revenue shortfall reported YTD for the Employment Services Department. In addition, the agency had discussions with the State of MO Vocational Rehabilitation Services that they would be reinstating the "Order of Selection" referral process that was projected to impact client referrals to the agency and have a negative impact to the revenues in 2025. Ability KC's executive management and Employment Services leadership made the decision that all vacant positions would be put on hold for filling, including the CES position recently extended offer to Yolanda. In addition, the 2025 Budget plan needed to reduce planned expenses. This resulted in all open positions being frozen for hire and 2.5 FTEs eliminated from the budget effective in the 2025 Budget.

Staff were reduced by 2 full time staff and 1 part time staff for the 2025 Budget. They were:
  - Caucasian, Female CES staff
  - African American, Female CES staff
  - Caucasian, Female, CES staff



- **Delaying providing fax log information necessary to do my job.**
  Supporting Documentation:
  - Email from Supervisor; Amanda Stebbins, date 6/25/24

  - There has been no negative repercussions for Yolanda from this change in task scheduling as the work materials were provided ahead of the actual date expected to be provided to her and at did not result in delay of receipt by Yolanda

- **Under paid compared to Caucasian employees doing comparable work.**

  Supporting Documentation:

  Paycom payroll report on salaries as of 1/8/25 for receptionist staff

  Reception Staff wages, full time work schedules

| | | | | Hired- |
|---|---|---|---|---|
| Kaley Jefferies | Caucasian | Female | $19.20 | 6/6/22 |
| | $2 pay adjustment in 2023 for additional work assignment providing admin support to the Board of Directors for a year. (This staff resigned employment 1/10/25) | | | |
| Yolanda Bell | African American | Female | $18.14 | 4/11/22 |
| Amalia Wendlandt | Caucasian | Female | $17.43 | 12/12/22 |

  Ability KC previously implemented a formal compensation review across all positions utilizing a third-party professional service starting in 2019 and maintains ongoing annual review/updates. This includes position description reviews, market salary comparisons and annual pay scale adjustments. Ability KC utilizes this information to upgrade position pay grades and pay comparisons for current staff with peers in same or comparable positions.

  Ability KC's strategy has been to implement pay grade and applicable staff pay adjustments by departments vs. all positions at one time due to budgetary challenges as a not-for-profit. The Support Services that includes Receptionists positions has just finalized pay grade and rate

reviews and the receptionists positions that will apply applicable adjustments to staff pay effective 1/2025.

**Concerns Reported 10/10/2023**

HR Director, Janice Brooke, reported to the COO, Shannon Lepper, that Yolanda requested to meet to discuss with leadership her concerns she reported to the current HR Manager, Felecia Lockett and HR Director. A meeting was arranged with the CCO and Yolanda's current supervisor, Amanda Stebbins.

The meeting was held 10/11/23 and during the discussion Yolanda addressed three (3) concerns:

1) She was not given an opportunity to apply for positions at Ability KC that was consistent with policy and procedures. Yolanda reported that the former HR Manager had expressed to her that she should not apply for a certain position because the HR Manager knew that she would not be able to interview/obtain the position.

2) Yolanda reported she felt that she had skills that were not being utilized and wanted to look for different opportunities outside the reception desk.

3) Yolanda felt that Ability KC needed to be aware that African Americans needed increased representation at Ability KC as well as promotional opportunities.

At the end of the meeting Yolanda shared that she felt she had been listened to and Yolanda was made aware of the action steps that were to follow the discussion.

Actions taken:

1) Yolanda was asked several times during the meeting with the COO to provide specifics related to the position she was sharing concern with and who provided her the information. Yolanda did not or could not recall the specific position but revealed that the former HR Manager (resigned 8/2023) was the person that had stated she shouldn't apply for the position. Both the COO and HR Director made efforts to find documentation of this conversation with the former HR Manager and a completed Job Transfer form for the position in question. No such documentation was found for this. Investigation was limited due to Yolanda's unwillingness or inability to recall what position this was, this did not allow for follow up with the hiring manager to verify if conversation took place regarding Yolanda's applying for any position.

2) Leadership along with HR determined that Ability KC needed to invest in additional attention for awareness and opportunities for growth within Ability KC. To provide the needed attention for the support team including Yolanda, an outside consultant was contracted with to provide individual planning for growth and development. Tiffany Gillig, consultant, setup a work agreement that would include review of work duties, skill assessment, individual planning and development to help the support team, including reception staff, identify their career interest and path for achieving goals. Tiffany met with the support team, HR and leadership to start the career development planning on 11/28/2023. Yolanda called in sick this date and missed this opportunity to collaborate with the team and consultant in planning for this service. As planning moved forward, unfortunately, a medical emergency came about for the consultant so the initiative was post-posted until a new consultant was identified. As a result, leadership began working with Dan McDonough, with KC Culture Ambassadors and Org Vital Leadership to move forward with career development and employee engagement efforts.

The purpose of Dan's time with the support team was to look at purpose, skills and individual planning to link individuals and employer purpose and skill development. Focus groups were on 3/20-21/24 held to link Ability KC values and behaviors to the support team's needs.

In tandem to support team working with Dan/Org Vitals, Ability KC was also consulting with CBIZ for pay scale and job description assessments. It was identified that the support team would benefit from realignment as each receptionist reported to a different Office Coordinator and supported various program services. Realignment allowed for the same Office Coordinator to supervise the two receptionists located at the Baltimore building. This change was implemented 11/4/2024 and provides an opportunity for the Coordinator to assess work flows, roles and responsibilities to evenly support work capacity. The other reception staff is located in another building serving the preschool services reporting to a different Coordinator.

In response to Yolanda's concern with African Americans and the need for opportunity and promotions, Ability KC leadership and executive team were made aware of her concerns at the time. Yolanda was informed that diversity and inclusion is Ability KC's mission. We discussed the importance of tracking opportunities. Individual planning was not discussed with Yolanda, however, review of procedures and hiring practices did not support concerns of lack of opportunities or hiring for diversity, across populations, but will be monitored and assessed as consistent with policy and also consistent with DEIB employee led council.

To support our mission of diversity in the workforce, Ability KC's DEIB council proposed that Ability KC look to a consultant to further invest in DEIB strategies to ensure alignment with current organizational strategies. An RFP was

established in January 2024 for this consultant.  Detailed time was spent with employees across programming to support the development of a DEIB strategic plan with assistance from Dr. Andrea Hendricks with Authentico.  The council spent most of 2024 working with Dr. Hendricks in developing the strategic plan and will continue efforts to move forward in 2025 with identification and implementation of action steps.

2) **251 Employees**

3) **Contact person for Respondent:**

Janice Brooke, HR Director
Ability KC
3011 Baltimore Avenue
Kansas City, MO 64108
816/751-7802
Janice.brooke@abilitykc.org

Shannon Lepper, COO
Ability KC
3011 Baltimore Avenue
Kansas City, MO 64108
816/751-7914
Shannon.lepper@abilitykc.org

4) **No**, Respondent is not going thru or contemplating bankruptcy proceedings.

5) **Respondent information**:
Ability KC
3011 Baltimore Avenue
Kansas City, MO 64108
816/751-7700, Ext 7802

6) The **MCHR poster** is posted in the hallway inside the Human Resources department on 2nd floor accessible to employees.  A second copy is posted on the 1st floor bulletin board along the front lobby area accessible to employees and the general public.

**About Respondent:**

Ability KC, founded in 1947, is the longest-standing comprehensive outpatient medical rehabilitation facility in Kansas City that is nationally accredited and recognized as a leader in value-based care. Our organization proudly provides a unique, personalized approach to care, serving people of all ages through educational, vocational, and

therapeutic services. From helping with a child's transition to kindergarten, to helping someone relearn how to drive or return to work, we're there for our community.

In addition to traditional outpatient medical rehabilitation services, Ability KC offers an intensive day program for individuals who need more comprehensive therapy services after being discharged from an inpatient facility or while recovering from a complex injury or illness.

With the day program, individuals will go home at the end of the day, but they receive the benefit of an inpatient program by being with a team of therapists for around five hours a day, for three to five days of individual or group therapy per week. The average length of therapy in our day program is four to six weeks.

Our comprehensive outpatient medical rehabilitation program serves children and adults with medical rehabilitation needs ranging from physical therapy to speech language therapy. Today, we take pride in being a leading provider of therapeutic, educational, and vocational services. No other organization in the region is able to join families for their child's first steps, the first time receiving driver's training when they turn 16, or returning to work. Serving 3,000 individuals and families every year.


Annual Performance Review:

Yolanda has completed two (2023 and 2024) annual performance reviews that have both ranked with exceeding standards of performance. Future growth and development goals were established that encouraged training in skill development using tutorial videos, skill building for use of Microsoft Office suite tools and Excel software use. She was also encouraged to participate in one of several Ability KC's cultural committees to help provide her exposure to other opportunities and engagement in the organization.


Additional documentation for review:

    Personnel policies and procedures

- Employment Transfers – Voluntary/Involuntary
- Equal Employment Opportunity and Work Force Diversity

# Application and Resume



**Medical Rehabilitation • Therapeutic Preschool • Employment Services**

## Employment Application

Ability KC is an equal opportunity employer and committed to a diverse work force.

| Name | Last: Bell | First: Yolanda | Middle Initial: Y |
|---|---|---|---|

| Address Street | | | |
|---|---|---|---|

| City: Kansas City | State: Mo. | Zip: 64138 | Social Security Number |
|---|---|---|---|

Phone Number
Home ( ___ ) N/A
Mobile

E-mail Address

Are you at least 16 years of age? ☑ Yes ☐ No

Other names under which you may have been employed:
Yolanda White

Proof of U.S. citizenship or INS Employment Authorization will be required upon employment.

**Do you have any relatives employed with us?** ☑ No ☐ Yes  If yes, who? _____

**Relationship:** _____  **Department:** _____

## TYPE OF POSITION DESIRED

Check all applicable availability
☑ Full-time      ☑ Weekends *if needed.*
☐ Part-time      ☐ On Call/PRN
☐ Temporary

Complete the Following:
Date Available: 3-21-2022
Salary Required: _____
Desired Number of Hours, Weekly: 40 hrs.

Position(s) applying for:
1. Receptionist
2. _____
3. _____
4. _____

What shift(s) will you work?  ☐ Any  ☑ Days  ☐ Evenings  ☐ Nights

Can you work weekends? ☐ No ☑ Yes *if needed.*    Can you work Holidays? ☐ No ☑ Yes

In addition, it is required that you be at work when scheduled and work your entire shift. Will you be able to meet these requirements? ☐ No ☑ Yes



## MENT EXPERIENCE

...ces of employment including temporary, full-time, part-time employment within the last 10 years and list voluntary

... Begin with most recent employer.

### ...ENT EMPLOYMENT (OR LAST JOB)     (List multiple jobs with same employer separately)

| ...yer ( current or most recent employer) | Address 10851 Martin Blvd. Ste. 870 | | Telephone Number 913-451-1014 ext.42617 | Dates Employed | |
|---|---|---|---|---|---|
| Robert Half Agency  Ability KC | City Overland Pk. State Kansas 66210 | | | From Month/Year | To Month/Year |
| Job Title  Receptionist | Dates Employed in Job Title | | | Describe Job Duties | |
| | From Month/Year 2/2022 | To Month/Year 3/2022 | | front receptionist & screener. Answering phones and referring inquiries, maintaining security and saftey procedures, mail | |
| Supervisor  Jessie | | | | delivery. Along with a variety of duties. | |
| Work Status (FT,PT,OC,PRN) Contract | | | | | |
| Reason for Leaving  Currently employed | | | If currently employed, may we contact this employer? Yes ☑ No ☐ | | |

### PREVIOUS EMPLOYMENT (OR LAST JOB)

| Employer ( current or most recent employer)  Krucial Staffing Contract. | Address 7800 Metcalf Ave | | Telephone Number (888) 222-6356 | Dates Employed | |
|---|---|---|---|---|---|
| | City Overland Park | State KS 66212 | | From Month/Year | To Month/Year |
| Job Title  Operation Specialist | Dates Employed in Job Title | | | Describe Job Duties: | |
| | From Month/Year 11/2020 | To Month/Year 5/2021 | matches and assesses candidate skills to client needs through screening and interviewing. | |
| Supervisor  Tiffany | Hourly Rate/Salary $20.00 | | handles large call volume and multiple lines maintain contact with active employees | |
| Work Status (FT,PT,OC,PRN) FT contract | | | Reason for Leaving: Current recruiting Contract ended due to covid 19 | |
| Employer ( current or most recent employer) | Address | | Telephone Number ( ) | Dates Employed | |
|---|---|---|---|---|---|
| | City | State | | From Month/Year | To Month/Year |
| Job Title | Dates Employed in Job Title | | | Describe Job Duties | |
| | From Month/Year | To Month/Year | | | |
| Supervisor | | | | | |
| Work Status (FT,PT,OC,PRN) | | | Reason for Leaving: | | |

**\*Request additional work history sheets if needed!**

Account for all periods of one month duration or more in the last three years in which you were not employed.

Any gaps in employment was due to contract positions and covid 19 related employment ending through contract's. Also started a business. That ended.

Have you ever filled out an application at Ability KC?  No ☑  Yes ☐

Have you ever worked for Ability KC?  No ☐  Yes ☑

Have you ever worked for Ability KC through an agency or as an independent contractor?  No ☐  ☑ Yes  If yes, complete below.

| Agency | Dates | Ability KC Facility | Position(s) Held |
|---|---|---|---|
| Robert Half | 2/2022 | Currently | Receptionist |

### EDUCATION

| School | Name of School(s) | City, County, State | Degree and Major | From: | To: | Graduate? Yes | No |
|---|---|---|---|---|---|---|---|
| High School/GED | Southwest High School | Kansas City Jackson, MO | N/A | ■ | | | |
| College | | | | | | | |
| Graduate | GED Kansas City Pioneer comic college | | | | | ✓ | |
| School of Nursing | | | | | | | |
| Technical or Professional | | | | | | | |

### PROFESSIONAL LICENSES AND/OR CERTIFICATES: (e.g. nursing, chauffeur, commercial, etc)

| Type | Active | Inactive | State Issued | Date of Expiration | Number |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| | | | | | |

Have you ever had a professional license/registration denied, revoked, suspended or otherwise restricted?  ☑ No  ☐ Yes

If yes, provide information, including license/certification, state, date, and nature of action: _____

#### OTHER SKILLS
- ☑ Accounts Payable
- ☑ Filing Skills
- ☐ Medical Insurance Billing
- ☐ Medical Records Coding
- ☑ Medical Terminology basic
- ☑ Switchboard
- ☑ Typing WPM 35
- ☑ 10 Key by touch
- ☐ Other _____

#### CLINICAL CARE
- ☐ Cath Lab
- ☐ Critical Care
- ☐ CT Scan
- ☐ Home Health/Hospice
- ☐ IV Certified
- ☐ Labor & Delivery
- ☐ Long Term Care Facility
- ☐ Med/Surg
- ☐ MRI
- ☐ Nursery

#### CLINICAL CARE CONT'D.
- ☐ OB/GYN
- ☐ Oncology
- ☐ OR/Surgery
- ☐ Orthopedic
- ☐ Phleboromist
- ☐ Physicians Office
- ☐ Skilled Nursing Facility
- ☐ Sports Medicine
- ☐ Telemetry
- ☐ Other _____

#### COMPUTER SKILLS
- ☐ Database _____
- ☐ Graphics _____
- ☐ Programming Languages
- ☑ Spreadsheet _____
- ☑ Windows
- ☑ Work Processing

☑ Other Micro Soft Word excel-basic

### How were you referred to Ability KC?
- ☐ Employee Name: _____
- ☐ School Name: _____
- ☑ Recruitment Agency: Robert Half
- ☐ Government Agency: _____
- ☐ Walk-in  ☐ Recruitment Fair
- ☐ Newspaper Ad (name of paper): _____

- ☐ Another Person/Relative Name: _____
- ☐ Community Organization (Please Specify): _____
- ☐ Ability KC Job Bulletin Notice
- ☐ Campus Visit (specify location): _____
- ☐ Professional Journal
- ☑ Internet  ☐ Other Indeed



## Applicant Acknowledgements
### (PLEASE READ CAREFULLY)

I understand that if I have made any false statement in the application form, or if I omitted any material information, that such false statements or omissions may disqualify me from further consideration for employment, or may result in my termination if I have been employed.

I understand that any offer of employment that may be made to me is contingent upon passing a post offer physical examination, which will include a drug screen.

In consideration of my employment, I agree to conform to the rules and regulations of the employer. My employment can be terminated with our without cause, and with or without notice at any time. I also understand that due to the type of service rendered by this institution, I understand and agree that I may be required to work a schedule or in an area other than that for which I may be initially hired.

I understand that if I am required to be registered and/or licensed I will notify my supervisor immediately if any investigation, probation, limitation or cancellation of my registration and/or license occurs. I understand that if I fail to do so, my employment may be terminated.

I certify that I have listed all convictions, no matter how old on this application and I specifically certify that I have never been convicted of or plead guilty or no contest to a class A or B felony, and that my name is not now and has never been placed on any State's Department of Social Services employee disqualification list of those individuals who have been found to have abused or neglected elderly or handicapped patients or residents. I further certify that I have never been convicted of the crimes of "patient resident, or client abuse neglect" or of "furnishing unfit food to patients or clients" or of failing to report abuse or neglect in a mental health facility or treatment facility.

I certify that I am not currently suspended, debarred, or otherwise excluded from Medicare/Medicaid/CHAMPUS/CHAMPRA programs. I further agree that I will inform my employer if I become suspended or proposed for exclusion from these federal programs.

In the event I am not hired, I understand my application will be active for a period of 6 months.

I hereby give my permission and authorize representatives of Ability KC to investigate any or all of the statements I have made in this application for employment. I understand that such authorization will allow representatives of Ability KC to contact any or all of the employers I have listed and I hereby authorize those employers to supply the requested information. I hereby release those employers from any liability arising out of the release from such information.

_____
Applicant's Signature

3/18/2022
Date

# Yolanda Bell

Kansas City, MO 64138

PROFILE

Energetic professional recognized as a quick learner with exceptional computer skills and the unique ability to manage several tasks in a demanding environment. Efficient communicator seeking a challenging position, utilizing current skills and abilities, with the opportunity for professional growth. Strengths and accomplishments include:

· Leadership ability, able to motivate others to appropriate action. · Self-motivated and detail oriented, functioning well in fast paced.

environments. · Comfortable and effective handling multiple tasks simultaneously. · Superior work ethic with the self-discipline, focus, and desire to

succeed. · Equally effective working independently or as part of a team.

**EMPLOYMENT**

**Receptionist,** Ability KC
March 2022-Present
Responsible for responding to incoming switchboard calls and/ or inquiries transferring, routing of calls to appropriate departments. faxing reports from EMR. Purchasing and ordering office supplies
Matching invoices with checks, Mail prep, resolving issues with customer transportation when needed while providing a variety of excellent customer services.

**Operations Specialist,** Krucial Staffing
November 2020 - May 2021
Matches and assesses candidate skills to client needs through screening and interviewing.
Ability to handle a large call volume and multiple phone lines. Sustains a professional demeanor.
in a team environment, even under stressful conditions. Maintains regular contact with active.
employees to identify current recruitment needs and requirements, anticipated openings, and possible new business prospects

**Roadside Rescue Agent,** EXL Service
July 2018- January -2020
Responsible for responding to incoming customer calls and/or emails for emergency roadside.
assistance as well as various member services inquiries and transactions. Effectively
communicate with Roadside Providers to ensure that all appropriate instructions are given to
ensure services are rendered for the customer. Responsible for entering accurate information in a timely manner into the computer-aided dispatching system with detailed documentation.

**Spectrum Mobile,** Customer Service-Call Center
September 2017- July-2018
Responsible for handling customer service roles troubleshooting and resolving mobile customers.
technology service issues, including repair, billing, and accounts. problem solving, multitasking while. providing a variety of excellent services.

**Dining Room Care Manager,** Sunrise Senior Living
April 2014- July 2017
Responsible for handling all food and beverages in accordance with sanitary procedures and standards. Ensure compliance with all federal, state, and local regulatory procedures regarding food. Monitors appropriate checklist in support of dining area cleanliness, readiness, and standards. Serves a role model in providing dining service to residents. Assists with training team members. Maintain a proper dining room set up. Assist in special events. Assists in tabletop inventory maintenance.

**Administrative Assistant/Staffing Specialist,** Manpower Temp Services of Lee's Summit, MO.
July 2013- February 2014
Answered incoming calls numerous job openings that were available at our onsite location. Setup interviews and orientations. Reviewed client's resumes and qualifications to match the
most qualified candidates. General office duties via internet, website, and face to face. Assisted





over 40 plus employees in the call center regarding questions and concerns regarding hours, payroll, pay card activation, schedules, and oral drug testing.

**Tax Training Specialist, H&R Block.**

October 2012- April 2013

Processed requests to set up or adjust Tax Training School Classes. Maintained tax professional training and certification records. Resolved tax professional and field management inquiries and concerns regarding federal and state registration requirements. Handled customer service request via phone, fax, and email. Accounts payable duties and services.

**Human Resource Service Center Agent,** United Parcel Services (UPS).

July 2008-October 2011

Managed and operated DOT and OSHA record keeping- maintaining a 95% accuracy audit rate at 2.2 claims per hour, Explored Web database and contacted medical offices for accurate medical information to process claims. Maintained inbound/outbound calls from the main switchboard as well as other office tasks.

**Sr. Customer Information Representative,** Liberty Mutual.

January 1999-June 2007

Reviewed client information for accuracy and entered data into various applications. Resolved customer concerns, questions, and requests to identify an appropriate course of action to insure the client's needs were met in an accurate, prompt, and professional manner. Sorted and delivered incoming mail to case managers. Handled 150 client request calls per day.

# Job Staff Accountant
# February 2024

Ability KC

Position/Department Transfer Request

| Employee Name | Current Position | Transfer Requested to: |
|---|---|---|
| Yolanda Bell | **Position Title:** Front desk reception | **Position Title:** Staff Accountant |
| | **Department Name:** Support Services | **Department Name:** Finance |

| Employee Signature: *Yolanda Bell* | Date: 2.27.24 |
|---|---|

**Salary Offers** are based upon prior work experience. A completed employment application of resume should be submitted with transfer request to show full work history. Requests submitted without work history will have salary offers made based upon employment application on file, which may or may not report all work experiences of the employee at the time of the transfer request being made. It is the employee requesting the transfer responsibility to submit work history information.

Are you aware of any reason why you cannot perform the essential functions of the position for which you are applying?    Yes_____         No_____

This Document Should be Forwarded to the HR Dept. for
Final Processing and Approval of the Request

**Information Below Must Be Completed By Management**

**Transfer Request Approved By (Signature Required)**

| Current Supervisor: *Amanda Stebbins* | Date: 2/27/24 |
|---|---|
| **Department Director:** | Date: |
| **Human Resources:** | Date: |
| **Ex. Director/CEO:** | Date: |
| **Transfer Effective Date:** *N/A* | **Hourly Rate of Pay:** |

**Important Note:** A transfer request will not be considered final until all authorizing parties have signed and submitted the request to and approved by Human Resources.

In departments where more than one transfer request is made for only one position vacancy, all requests will be considered based upon position requirements, worker experience and personal interview.

**Original** – Human Resources
CC:
Employee
Current Supervisor
Transfer Department Supervisor

*Met w/ Sherry Earley 3/1/24*
*Ed/work Experience not meeting*
*job requirements.*

 



**JOB DESCRIPTION
SUMMARY**

| | |
|---|---|
| **JOB TITLE: Staff Accountant** | **POSITION CODE:** 50180 |
| **CORPORATION: Ability KC** | **PAY GRADE:** |
| **DEPARTMENT: Finance** | **EEO-1 CATEGORY:** |
| **SUPERVISOR TITLE**: Chief Financial Officer | **FLSA STATUS: x EXE. ☐ NON-EXE.** |
| *Please Print or Type* | *For HR Use Only* |

## JOB OVERVIEW:

Ability KC brings together Children's Therapeutic Learning Center and the Rehabilitation Institute of Kansas City, with longstanding reputations of successfully serving thousands of individuals with disabilities and their families through medical rehabilitation, a therapeutic preschool and employment services. Ability KC is founded upon 70 years of mission commitment by both agencies.

Under the general direction of the CFO, will assist the CFO with many accounting functions of Ability KC. Primary responsibilities include: daily processing of accounts payable, distribution of reports, daily sorting of cash receipts and reconciliation of cash postings. Duties include preparation of monthly journal entries, preparation of reports to various agencies, preparation of monthly financial statements, reconciliation of bank accounts and other balance sheet accounts, analysis of various general ledger activity including fixed assets, prepaid assets, other receivables, restricted funds, and other accounts as assigned. This position will also assist in the preparation of the annual operating, capital, and FTE budgets of Ability KC.

This position will review accounts payable invoices submitted for payment. The review will include matching the invoice to the respective purchase order, verifying price and quantity and approval signatures. Any discrepancies found will be resolved with the assistance of appropriate departmental personnel and the vendor will be notified if payment will not match the original invoice. Invoices which do not require a purchase order will be reviewed for appropriate approval signatures prior to posting invoice for payment.

This position will perform monthly general ledger-related activities. Will respond to financial inquiries from Ability KC managers by analyzing financial statement and general ledger detail and interpreting the data. Prepares monthly journal entries and substantiates each entry with appropriate documentation. Prepares monthly account reconciliations and resolves reconciling items in a timely manner. Prepares financial reports that are accurate and in the proper format within the timeframes established. Assists CFO with annual budget process. Completes audit schedules and special projects as assigned in an accurate manner and within the designated timeframe.

 

**JOB TITLE: Staff Accountant**
**CORPORATION: Ability KC**
**DEPARTMENT: Finance**
**SUPERVISOR TITLE:** Chief Financial Officer

:

**POSITION CODE:** 50180
**PAY GRADE:**
**EEO-1 CATEGORY:**
**FLSA STATUS:** x **EXE.** ☐ **NON-EXE.**

*Please Print or Type*

*For HR Use Only*

---

## JOB QUALIFICATIONS:

**EDUCATION:**

Four-year college degree in a business related field, preferably accounting, from an accredited university.

**EXPERIENCE:**

Six months to one year preferred but not required. Previous experience with Microsoft Excel and Word required.

**KNOWLEDGE/SKILLS/LICENSURE/CERTIFICATION:**

Must have strong written and oral communication skills. Willingness to establish and maintain effective working relationships. Strong organizational and analytical skills. Maintains technical knowledge by attending educational opportunities. Must be able to use a 10-key adding machine by touch.

**SCOPE OF SUPERVISORY RESPONSIBILITIES (if applicable):**

☐ Section   ☐ Department   ☐ Multiple Departments   ☐ Total Facility   ☐ Multiple Facilities   ☒ Not Applicable

**ROUTINE CONTACTS:**

Routine contacts include Ability KC staff, vendors, clients, patients, families, and visitors.



**JOB TITLE: Staff Accountant**
**CORPORATION: Ability KC**
**DEPARTMENT: Finance**
**SUPERVISOR TITLE:** Chief Financial Officer

*Please Print or Type*

| |
|---|
| **POSITION CODE: 50180** |
| **PAY GRADE:** |
| **EEO-1 CATEGORY:** |
| **FLSA STATUS: x EXE. ☐ NON-EXE.** |

*For HR Use Only*

---

## TOOLS AND EQUIPMENT:

The tools and equipment required to perform the essential functions of this job include use of computer and 10 key adding machine

---

**AGE SPECIFIC Category:** (Check All That Apply)

☐ Infant (Age 0 to 12 months)   ☐ Adult (Age 17 to 60)

☐ Child (Age 1 to 11 years)   ☐ Geriatric (Over 60 years)

☐ Adolescent (Age 12 to 16 years)   ☒ Does not Apply

**OSHA CATEGORY:**

Hazardous Materials:   ☐ Yes   ☒ No

Bloodborne Pathogens:   ☐ Type I   ☐ Type II   ☒ Type III

---

**APPROVAL SIGNATURES**

Department Director:_____   Date:_____

President:_____   Date:_____

Human Resources : _____   Date:_____

 

JOB DESCRIPTION
# JOB DESCRIPTION
## JOB RESPONSIBILITIES/PERFORMANCE APPRAISAL

**Employee:**
**Job Title:** Staff Accountant

**Department:** Finance
**Position Code:** 50180

| JOB RESPONSIBILITIES | MEASURES AND STANDARDS OF PERFORMANCE (quality, quantity, timeliness, communication, etc.) | RATINGS | | |
|---|---|---|---|---|
| | | Importance Weight (IW) | Evaluation 1  3  5 (E) | Appraisal Points (IW x E) |
| 1. Matches invoices with approved purchase order and receiving documentation. Posts matched invoices into accounts payable system for payment.<br><br><br><br><br><br><br><br>Essential: _X_ Yes _____ No | Matches vendor invoice with approved P.O. and receiving documentation in a timely manner. Any quantity or price discrepancies are noted on the invoice. Discrepancies are reviewed with the appropriate departmental personnel to determine correct pricing and quantity received. Invoice is posted for payment using approved pricing/quantities. Vendor is notified of discrepancies in payment of invoice. Invoices are posted into accounts payable system within 5 business days. Determined by vendor/departmental feedback and review of paid invoices. No more than two exceptions in 6 months. | 15% | | |
| 2. Reviews all check requests for appropriate documentation and approvals. Posts check requests into accounts payable system for payment in a timely manner.<br><br>Essential: ___x___ Yes _____ No | Determined by review of checks and attached support. No more than one exception in six months. | 15% | | |
| 3. Maintains open and completed purchase order files. Receiving documentation is matched with appropriate purchase order as received.<br><br><br>Essential: __X_ Yes _____ No | Receiving documentation is matched with its corresponding purchase order when documentation is received in the Finance department. Separate files are kept for open purchase orders and for completed purchase orders. Determined by review of purchase order files. No more than two exceptions in six months. | 5% | | |
| 4. Prepares monthly account reconciliations and resolves reconciling items in a timely manner.<br><br><br><br>Essential: _X_ Yes _____ No | All reconciliations are completed by the 25th of the following month in an acceptable format. All reconciling items are resolved within the following month. Determined by CFO monthly review of reconciliations. No more than two variances within six months. | 20% | | |
| 5. Monthly journal entries are prepared and posted timely per month-end general ledger close schedule. Reviews monthly department activity and makes accrual entries as necessary.<br><br><br><br>Essential: __X_ Yes _____ No | Journal entries are to be prepared based on standard entry list and department requests. Proper documentation must be attached to each journal entry for support. A preliminary close review of departmental expenses is to be performed to determine accruals/reversals of accruals to be made. Determined by review of journal entries and dept activity performed by CFO monthly. | 15% | | |



| JOB RESPONSIBILITIES | MEASURES AND STANDARDS OF PERFORMANCE (quality, quantity, timeliness, communication, etc.) | RATINGS | | |
|---|---|---|---|---|
| | | Importance Weight (IW) | Evaluation 1   3   5 (E) | Appraisal Points (IW x E) |
| 6. Prepares financial statements and reports that are accurate and in the proper format. All statements and reports are prepared within the timeframes established. <br><br> Essential: ___X__ Yes _____ No | Financial statements are to be prepared in the accepted format and be accurate per the general ledger. Financial statements are to be prepared timely per the G/L closing schedule. CFO will review all statements and reports prior to release. One exception within six months meets standard. | 5% | | |
| 7. Audit schedules and other projects assigned are completed accurately and within the timeframe designated. <br><br><br> Essential: __X___ Yes _____ No | All schedules and other projects are to be completed accurately and timely based on timeframe determined when assigned. Determined by CFO review of completed assignments. No more than two exceptions within one year. | 10% | | |
| 8. Demonstrate quality customer service as perceived by all customer groups. <br><br><br><br> Essential: _____x__ Yes _____ No | Based on supervisor's observation and feedback from internal and external customers. | 15% | | |
| *Salary increases will only be granted if employee is eligible for one, total appraisal points equal or exceed 300, and employee's current pay is below the maximum of pay range.* | Standards of Performance <br> 5 =   Exceeds      (400-500) <br> 3 =   Meets        (300-399) <br> 1 =   Does not meet (100-299) | Must Total <br><br> 100% | | Total Appraisal Points <br><br> Meets Standard |

*The above statements are intended to describe the general nature and level of work being performed by people assigned to this classification. They are not intended to be construed as an exhaustive list of all responsibilities and duties of personnel so classified.*

 

# JOB DESCRIPTION
## PERFORMANCE APPRAISAL COMMENTS AND DEVELOPMENT PLAN

*Please Print or Type*                                    *For HR Use Only*

**JOB TITLE: Staff Accountant**
**CORPORATION: Ability KC**
**DEPARTMENT: Finance**
**SUPERVISOR TITLE:** Chief Financial Officer

---

**POSITION CODE:** 50180
**PAY GRADE:**
**EEO-1 CATEGORY:**
**FLSA STATUS:** x **EXE.** ☐ **NON-EXE.**

---

## EMPLOYEE INFORMATION

90 DAY ☐        ANNUAL ☐

Appraisal Period: _____     Evaluation Due Date

Name _____     Employee Number _____

Appraiser's Name _____     Appraiser's Title: _____

---

## PERFORMANCE APPRAISAL COMMENTS AND SIGNATURES

Employee's Comments (Optional)

Signature _____     Date ____/____/____

Appraiser's Comments (optional)

Signature _____     Title _____     Date ____/____/____

Department Director's Comments (optional)

Signature _____     Title _____     Date ____/____/____




**FUTURE GROWTH AND DEVELOPMENT PLAN**

(Identify areas for development and action which should be taken in order to enhance appraisee's development.)

**Approval of Performance Plan:**

Direct
Supervisor _____

Department
Director _____

q; JDMASTER

# Job Admissions Coordinator
# March 2024

The Rehabilitation Institute Of Kansas City                    *copy*

## Position/Department Transfer Request

| Employee Name | Current Position | Transfer Requested to: |
|---|---|---|
| Yolanda Bell | Position Title: *Front desk* Receptionist | Position Title: Admissions Coordinator |
| | Department Name: Support Services | Department Name: Admissions Dept. |

| Employee Signature: *Yolanda Bell* | Date: 3/5/24 |
|---|---|

<u>Salary Offers</u> are based upon prior work experience. A completed employment application or resume should be submitted with transfer request to show full work history. Requests submitted without work history will have salary offers made based upon employment application on file, which may or may not report all work experiences of the employee at the time of the transfer request being made. It is the employee requesting the transfer responsibility to submit work history information.

This Document Should be Forwarded to the HR Dept. for
Final Processing and Approval of the Request

### Information Below Must Be Completed By Management

#### Transfer Request Approved By (Signature Required)

| | Date: |
|---|---|
| Current Supervisor: *Amanda Kebbing* | 3-7-24 |
| Department Director: | Date: |
| Human Resources: *Jan Funke* | Date: 3-8-24 |
| President/CEO: | Date: |
| Transfer Effective Date: | Hourly Rate of Pay: |

**Important Note:**
A transfer request will not be considered final until all authorizing parties have signed and submitted the request to and approved by Human Resources.

In departments where more than one transfer request is made for only one position vacancy, all requests will be considered based upon position requirements, worker experience and personal interview.

**Original** – Human Resources
**CC:**
Employee
Current Supervisor
Transfer Department Supervisor



**JOB DESCRIPTION**
**SUMMARY**

| | |
|---|---|
| **JOB TITLE:** Admissions Coordinator | **POSITION CODE:** |
| **CORPORATION:** Ability KC | **EEO-1 CATEGORY:** |
| **DEPARTMENT:** Admissions | **FLSA STATUS:** ☐ EXE. ☒ NON-EXE. |
| **SUPERVISOR TITLE:** Admissions Manager | |

**JOB OVERVIEW:**

Ability KC brings together Children's Therapeutic Learning Center and the Rehabilitation Institute of Kansas City, with longstanding reputations of successfully serving thousands of individuals with disabilities and their families through medical rehabilitation, a therapeutic preschool and employment services. Ability KC is founded upon 70 years of mission commitment by both agencies.

Under the general direction of the Admissions Manager, responsible for answering departmental telephone and answering inquiries of clients and referral sources about the program services. Schedules appointments and confirms appointments as outlined in department procedure. Assists patients/clients with re-scheduling appointments if necessary. Relay patient/client concerns to the appropriate staff. This position has considerable contact with the public, persons served, referral sources, payers, and visitors.

Completes the pre-admission process which includes intake/registration. Verifies and enters demographic and insurance information into database, obtains signatures on legal consents and insurance forms, receives payments and issues receipts. Identifies patients/clients requiring pre-admission approvals from third-party payers and verifies approvals/authorizations. Assures accuracy of patient data.

Ensure that patients/caregivers/referral sources and staff are kept current on the preadmission process for clients and informed of any issues impacting the admissions. Provides coverage as indicated when the Admissions Department Manger is not on site. This position will have considerable contact with the public, persons served, referral sources, payers and visitors. All duties require maintaining patient/client confidentiality as required by Ability KC policy and procedures. This position may be asked to assist with other duties as needed in the organization.

All duties require maintaining patient/client confidentiality as required by Ability KC's policies and procedures. This position may be asked to perform other duties as needed in the organization. Contributes to team effort by accomplishing related results as needed.
Maintains professional and technical knowledge by attending educational workshops and conferences.



**JOB TITLE: Admissions Coordinator**
**CORPORATION:** Ability KC
**DEPARTMENT:** Admissions
**SUPERVISORS TITLE:** Admissions Manager

| |
|---|
| **POSITION CODE:** |
| **EEO-1 CATEGORY:** |
| **FLSA STATUS:** ☐ EXE. ☒ NON-EXE. |

## JOB QUALIFICATIONS:

**EDUCATION:**
High school diploma or equivalent.

**EXPERIENCE:**
Minimum of two years of experience in general office work is required
Insurance and front office experience is preferred.

**KNOWLEDGE/SKILLS/LICENSURE/CERTIFICATION:**
Good knowledge of correct English grammar, spelling and punctuation skills. Able to operate standard word processing package(s). Must be comfortable with public contact and working with persons with disabilities. Knowledge of medical terminology and strong organizational skills desired.

**SCOPE OF SUPERVISORY RESPONSIBILITIES (if applicable):**
☐ Section  ☐ Department  ☐ Multiple Departments  ☐ Total Facility  ☐ Multiple Facilities  X Not Applicable

**ROUTINE CONTACTS:**
Routine contacts include staff from referring sources, Ability KC and Department personnel, patients and or consumers in the department.

The staff member shall have access only to patient or client Protected Health Information on a need-to-know basis (only that Protected Health Information that is required to perform the job duties described in this job description).

**TOOLS AND EQUIPMENT:**
There are no tools required to perform the essential functions of this job. Knowledge and use of routine office equipment required to perform the essential functions of this job, include computers, peripherals, fax machine, copy machine, etc.

| **AGE SPECIFIC Category:** (Check All That Apply) | | **OSHA CATEGORY:** | | | |
|---|---|---|---|---|---|
| X Infant (Age 0 to 12 months) | X Adult (Age 17 to 60) | Hazardous Materials: | ☐ Yes | X No | |
| X Child (Age 1 to 11 years) | X Geriatric (Over 60 years) | Bloodborne Pathogens: | ☐ Type I | ☐ Type II | X Type III |
| X Adolescent (Age 12 to 16 years) | | | | | |

**APPROVAL SIGNITURES**

**Department Director:** _____    **Date:** _____

**Supervisor:** _____    **Date:** _____

**President:** _____    **Date:** _____

**Human Resources:** _____    **Date:** _____



**JOB DESCRIPTION**
**JOB RESPONSIBILITIES/PERFORMANCE APPRAISAL**

**Employee:**
Job Title: Admissions Coordinator

**Department: Admissions**
Position Code:

| JOB RESPONSIBILITIES | MEASURES AND STANDARDS OF PERFORMANCE (Quality, quantity, timeliness, communication, etc.) | RATINGS | | |
|---|---|---|---|---|
| | | Importance Weight (IW) | Evaluation 1 3 5 (E) | Appraisal Points (IW x E) |
| 1. Manages referrals to program, including completing intakes, and gathering authorizations and pre-admission information by communication w/ prospective participants and referral sources. Schedules initial appointments with clinician. Admits patients into services, assuring all necessary paperwork is on hand and appropriately completed.<br><br>Essential: \_\_X\_\_ Yes \_\_\_\_\_ No | Quality/Timeliness: Consistently and accurately assembles and completes necessary pre-admission paperwork. Consistently and accurately completes the preadmission process and entering of information into the patient management data systems after checking data for accuracy. Schedules evaluations per department guidelines.<br><br>Communication: Keeps referral sources and prospective clients aware of any delays in completion of pre-admission process and scheduling. Keeps program manager and manager aware of any issues/concerns that are impacting the admissions process. Offers finance assistance as indicated. | 30 | | |
| 2. Tracks data related to service for program and organizational analysis. Establishes, maintains, and revises record keeping and filing systems as needed.<br><br>Essential: \_\_X\_\_ Yes \_\_\_\_\_ No | Quality/Timeliness: Information recorded/filed in accurate, easily retrievable fashion. Ensures all documentation has been received by the referring provider, client, etc. Ensures tracking log is up to date on each referral. | 25 | | |
| 3. Provide support to admissions department as needed, included but not limited to registration, insurance benefit checks, data entry and documentation of related information.<br><br>Essential: \_\_X\_\_ Yes \_\_\_\_\_ No | Quality/ Timeliness: -Registers outpatients, entering data in the patient management system in a timely manner after verifying intake information is correct.<br><br>Communication: Communicates any issues/concerns w/ supervisor or other appropriate staff immediately. | 20 | | |



| | | | |
|---|---|---|---|
| 4. Each employee has a variety of "customers" including other employees, patients, clients, visitors, vendors, referral sources, volunteers, and members of the public. Employee will demonstrate quality "customer" service, as perceived by all groups.<br><br>Essential: ___X___ Yes _____ No | Quality: - Demonstrates consistent professional verbal and non-verbal communications as assessed by supervisor and feedback from "customers" | | |
| 5. Promotes the team concept and follows all organization policies and procedures of Ability KC.<br><br>Essential: ___X___ Yes _____ No | Quality: Actively seeks to resolve issues, problems, and concerns in a proactive manner that promotes problems solving. Promotes teamwork within the dept. and organization.<br><br>Communication/Timeliness: Communicates information and resolves customer concerns in a timely manner. | 25 | |
| 6. Registers outpatients, verifies and inputs patient data, obtains necessary signatures, collects copies of identification and insurance cards, creates patient labels, and distributes related paperwork. Escorts patients to their appointments.<br><br>Essential: ___X___ Yes _____ No | Quantity & Timeliness – Registers outpatients – Enters data in the patient management system in a timely manner after verifying intake information is correct.<br><br>Communication - Notifies staff of patient arrival using agreed procedure. Communicates regularly with supervisor regarding any problems or errors. | | |
| 7. Enters the insurance information into PDS to include authorizations, co-pays and any other pertinent information related to the service.<br><br>Essential: ___X___ Yes _____ No | Quantity & Timeliness – Enters data in a timely manner.<br><br>Quantity- Provides accurate and complete information on a consistent basis. | | |
| 8. Prepares patient folders for all medical programs. Maintains the master schedule. May assist with paperwork for offsite patient visits and entering Neuro Psych patient's or other services data as requested.<br><br>Essential: ___X___ Yes _____ No | Quantity & Timeliness – Compiles and distributes Admission schedule at the end of each workday for the next day.<br><br>Quality- Consistently provides accurate admitting schedule. | | |
| 9. Communicates with others in a respectful, positive manner and promotes the team concept. Demonstrates quality customer service as perceived by all customer groups. Complies with all policies. Demonstrates quality customer service as perceived by all customer groups. Complies with Ethical Conduct and HIPAA Policies of Ability KC.<br><br>Essential: ___X___ Yes _____ No | Quality: Demonstrates respectful and appropriate language and non-verbal behavior. Actively seeks to resolve issues, problems, and concerns. Promotes teamwork with other disciplines as well as within the dept.<br><br>Communication/Timeliness: Communicates information and resolves customer concerns in a timely manner. | | |

*The above statements are intended to describe the general nature and level of work being performed by people assigned to this classification. They are not intended to be construed as an exhaustive list of all responsibilities and duties of personnel so classified.*



## PERFORMANCE APPRAISAL COMMENTS AND DEVELOPMENT PLAN

*Please Print or Type*

**JOB TITLE:** Admissions Coordinator
**CORPORATION:** Ability KC
**DEPARTMENT:** Admissions
**SUPERVISOR'S TITLE:** Admissions Manager

*for HR Use Only*

**POSITION CODE:**
**EEO-1 CATEGORY:**
**FLSA STATUS:** ☐ EXE. ☒ NON-EXE

## EMPLOYEE INFORMATION

90 DAY ☐          ANNUAL ☐

Appraisal Period:

Name
Appraiser's Name                    Appraiser's Title

## PERFORMANCE APPRAISAL COMMENTS AND SIGNATURES

Employee's Comments (Optional)

Signature _____          Date _____/_____/_____

Appraiser's Comments (optional)

Signature _____ Title Supervisor____ Date _____/_____/_____

Department Director's Comments (optional)

Signature _____ Title Dept Director___ Date _____/_____/_____



**FUTURE GROWTH AND DEVELOPMENT PLAN**

(Identify areas for development and action which should be taken in order to enhance appraiser's development.)

<u>Review of Previous Years Goals:</u>

<u>Goals for Coming Year:</u>

**Approval of Performance Plan:**

Supervisor_____

Department
Director_____

s; JDMASTER

**Sherry Early**

**From:** Tish Kinlein
**Sent:** Wednesday, April 10, 2024 2:26 PM
**To:** Sherry Early
**Subject:** Yolanda

Just had a meeting with Yolanda and let her know that we didn't think she had enough experience with our different insurance systems to take on the coordinator role. Then, she had Amanda come in. As an offer in compromise, because Yolanda wanted the job denial "in writing" I told her I would ask you if she could "shadow" in admissions a little bit. This is also something that Amanda suggested. She makes me feel like she is interrogating me and brought up something about me not liking her? I dd tell her I have always thought she seems very sweet and have absolutely nothing against her in any way. I let her know I just don't stand at the desk and visit because I must set an example for my team that we are not supposed to do this.

So...would it be all right if she just shadowed for like an hour a week or something in admissions just to make her happy?

Just let me know. I told her I meet with you on Thursdays.

Tish



**Patricia "Tish" Kinlein, MHA** | Admissions Manager
(She | Her | Hers)
*Making Kansas City Stronger, Healthier, and More Diverse*
**O:** 816.751.7804 | **F:** 816.751.7784
3011 Baltimore Ave. | Kansas City, MO 64108
www.abilitykc.org
Follow us on Instagram, Facebook, and LinkedIn.

CONFIDENTIALITY NOTICE: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution, or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by telephone at 816-751-7804 and destroy all copies of this communication and any attachments.

1

# Job Community Employment Specialist and Trainer September 2024

Ability KC

## Position/Department Transfer Request

| Employee Name | Current Position | Transfer Requested to: |
|---|---|---|
| Yolanda Bell | Position Title: Receptionist | Position Title: Community Skills Job Trainer |
| | Department Name: Support Services | Department Name: Employment Services |

Employee Signature: *Yolanda Bell*        Date: 9-30-24

**Salary Offers** are based upon prior work experience. A completed employment application or resume should be submitted with transfer request to show full work history. Requests submitted without work history will have salary offers made based upon employment application on file, which may or may not report all work experiences of the employee at the time of the transfer request being made. It is the employee requesting the transfer responsibility to submit work history information.

Are you aware of any reason why you cannot perform the essential functions of the position for which you are applying?   Yes_____   No_____

This Document Should be Forwarded to the HR Dept. for
Final Processing and Approval of the Request

### Information Below Must Be Completed By Management

#### Transfer Request Approved By (Signature Required)

| | Date: |
|---|---|
| Current Supervisor: *Amanda Stebbins* | 9/30/24 |
| Department Director: | Date: |
| Human Resources: *Dan Rowe* | Date: 10/7/24 |
| Ex. Director/CEO: | Date: |
| Transfer Effective Date: | Hourly Rate of Pay: |

**Important Note:** A transfer request will not be considered final until all authorizing parties have signed and submitted the request to and approved by Human Resources.

In departments where more than one transfer request is made for only one position vacancy, all requests will be considered based upon position requirements, worker experience and personal interview.

**Original** – Human Resources
CC:
Employee
Current Supervisor
Transfer Department Supervisor



## JOB DESCRIPTION SUMMARY

Page: 1

*Please Print or Type*                                         *For HR Use Only*

**POSITION:** Community Employment Specialist
**DEPARTMENT:** Employment Services
**PRIMARY SUPERVISOR:** Manager, Employment
Services
**SECONDARY:** Applicable Department Leaders

POSITION CODE:
PAY GRADE: 6CEEO-1 CATEGORY:
FLSA STATUS: **X** EXE.    NON-EXE.

---

### JOB OVERVIEW:

Under general direction of the Branch Manager, the Community Employment Specialist coordinates all employment planning, vocational assessment including worksite development and training, job development/placement, retention and training of persons served.

On a regular basis, the Community Employment Specialist will have in-person and remote contact with persons served, referral sources, employers, management and team members. The Community Employment Specialist will engage in part or all activities as assigned to support vocational outcomes.

The Community Employment Specialist will be knowledgeable to perform essential functions of this position, including:

- Employment client case management for employment services programs (as assigned):
    - Client intake meeting(s) and completion of required intake paperwork.
    - Client vocational goal planning: employment plan preparation, discovery/exploration plan preparation.
    - Resume creation, job interview preparation and support (in person and virtual).
    - Job development/search based on client job goals as defined by the clients IEP (Individualized Employment Plan).
    - Job application preparation and assistance.
    - Job pre-screen hiring requirement(s) and new hire orientation assistance as needed.
    - Coordination of client supports as needed (transportation plan, food handler's permit, job clothes shopping, etc.).
    - Provide situational and performance observations/assessments as needed.
    - Coordinate client job exploration activities/experiences in reasonable timeframe.
    - Create detailed service plan of job exploration activities and final results report of completed exploration activities.
    - Provide recommendations for client supports for community employment potential
    - Complete required Vocational Rehabilitation report tracking and report generation for job placement and all additional job retention milestones achieved.
    - Billing preparation and submission for each client milestone achieved.
    - Client satisfaction survey completion follow up.
    - Cross-trains on other mission-related programs/positions as applicable towards participants' successful outcome overall (ACCT and Driving programs).

- Relationship management with Vocational Rehabilitation Counselors from all referring Vocational Rehabilitation offices.
- Employer relationship management, with focus on employers with strong diversity and inclusion hiring programs.
- Internal report and tracking generation to support weekly, monthly, quarterly and annual program and department objectives and outcomes.
- Employment Services department team management towards achievement of agency accreditation (CARF) and licensure to grants standards.
- Participation and completion of Ability KC professional development and culture activities.
- Completion of required continuing education according to vocational rehabilitation and Ability KC guidelines.
- High school and transition student engagement for internships and observations, including career fairs.
- Coordination and management of assigned Summer Work Experience sites.
- Primary or secondary management of specified work programs/contracted employer partnerships.

The Community Employment Specialist may serve as a floater for any Employment Department services functions as needed for all branches. In working with applicable departments and programs, the Community Employment Specialist plans and ensures cross training continually occurs for growth and succession.

All duties require maintaining patient/client confidentiality as required by Ability KC policy and procedures.

## JOB QUALIFICATIONS

**REQUIREMENTS:**

- Bachelor's degree preferred from an accredited college or university in a related field to the position responsibilities, including, business, communications, education, human resources, counseling, social services or marketing.
- In lieu of Bachelor's degree, demonstrated 4-8 years of work-related experience with the position responsibilities, including vocational rehabilitation employment placement services.
- Demonstrated 4-8 years of work-related experience with the position responsibilities, including multiple department support, individual client and project management.
- Proficiency in Microsoft Office Suite and database software.
- Strong verbal and written communication skills, both within the organization and with external partners.
- Strong organization skills, specifically in the area of individual client management.
- Demonstrated initiative to grow within all aspects of responsibilities.
- Ability to pass a drug screening test/criminal background check.
- Clean driving record and proof of vehicle insurance.
- CPR certification
- Mandt certification
- *For TBI client case management: CBIS certification is required (Certified Brain Injury Specialist)*

**PREFERENCES:**

- Experience working within a social services/rehabilitation/health care/education based organization and knowledge of associated regulatory protocols, electronic medical record systems, and knowledge of medical terminology.
- Experience working and supporting individuals with disabilities, specifically in the area of community employment.
- Experience in providing employment services, including vocational goal planning, basic resume writing, job board exploration and review, job search, job application preparation and assistance,

interview preparation and assistance.
- Knowledge and application of the Americans With Disabilities Act (ADA).

SCOPE OF SUPERVISORY RESPONSIBILITIES (if applicable):
☐ Section  ☐ Department  ☐ Multiple Departments  ☐ Total Facility  ☐ Multiple Facilities  [X] Not Applicable

# JOB DESCRIPTION
# SUMMARY

*Please Print or Type*                                      *For HR Use Only*

JOB TITLE: Community Employment Specialist
CORPORATION:  Ability KC
DEPARTMENT: Employment Services
SUPERVISOR TITLE:  Manager, Employment Services

| POSITION CODE: |
| --- |
| PAY GRADE:  6C |
| EEO-1 CATEGORY: |
| FLSA STATUS: **X** EXE.      NON-EXE. |

ROUTINE CONTACTS:

Routine contacts include staff from referral sources, Ability KC personnel, employers, patients and or consumers.

This position shall have access only to patient or client Protected Health Information on a need-to-know basis (only that Protected Health Information that is required to perform the job duties described in this job description). This position shall maintain HIPPA Compliance in management of the schedule, contacts and release of Protected Health Information.

TOOLS AND EQUIPMENT:

Knowledge and use of routine office equipment required to perform the essential functions of this job, include computers, printer, fax machine, copy machine, etc.

| AGE SPECIFIC Category: (Check All That Apply) | | OSHA CATEGORY: | |
| --- | --- | --- | --- |
| ☐ Infant (Age 0 to 12 months)   ☐ Adult (Age 17 to 60) | | Hazardous Materials: | ☐ Yes      X No |
| ☐ Child (Age 1 to 11 years)    ☐ Geriatric (Over 60 years) | | Bloodborne Pathogens: | ☐ Type I |
| | | | ☐ Type II |
| ☐ Adolescent (Age 12 to 16 years)    X   Does not Apply | | | X  Type III |



# Janice Brooke

**Subject:**                             FW: VR Order of Selection

**From:** Perkins, Elizabeth <elizabeth.perkins@vr.dese.mo.gov>
**Sent:** Thursday, September 12, 2024 10:32 AM
**To:** Abbigail Whitney <abigail.whitney@esmw.org>; Alex Rathgeb <arathgeb@placesforpeople.org>; Amanda Line <aline@thearcoftheozarks.org>; Amy Ditty <Amy.Ditty@abilitykc.org>;
**Subject:** VR Order of Selection
**Importance:** High

CAUTION: This email originated from outside the organization. Verify the Sender is safe before selecting any links or opening any attachments.

Please see the email below outlining our intent to enter into an order of selection, effective 12-1-2024.

As you will note, effective 10-1-2024, CRP "30 and 90" milestones will be issued after a participant is in employed status (employment record has been entered into MVR system and the 90-day count has begun). This change will allow MVR to obligate available funds more accurately. Written guidance will be shared with you next week. In addition, we will be hosting a training session on 9/20/24 at 10 AM to review and answer any questions. You will receive an invitation to this training very soon.

We value our CRP partnership and encourage you to attend the upcoming public hearings to express your opinion and participate in the dialogue. We will share a formal notice once it is available.

Thank you for your understanding and our longstanding partnership.

If you have any questions, do not hesitate to contact me or our CRP or Fiscal Team members.

With appreciation,

Elizabeth Perkins

Elizabeth Perkins, LPC, NCC | Coordinator, Programs | Missouri Vocational Rehabilitation | 3024 DuPont Circle Jefferson City, MO 65109 | 573-522-8082

**From:** Northway, Heather <heather.northway@vr.dese.mo.gov> **On Behalf Of** Clause, Chris
**Sent:** Thursday, September 12, 2024 10:04 AM
**Importance:** High

Good morning, VR District Supervisors and Assistant District Supervisors!

As we have now entered into a new state fiscal year, and will soon be entering a new federal fiscal year, I want to share two important updates with all of you. We must ensure that we are able to meet the demand for services from those participants that we are currently serving, as well as new applicants for VR services that continue to enter our system. As we look ahead into the coming weeks and months it has become clear that our case service authorizations will exceed the amount that we are able to spend. It's important to clarify that the spending only includes funding designated for VR case service dollars (services authorized in AWARE). It does not include funding for salaries, equipment, or other expenses.

*over*



In the event that VR services cannot be provided to all eligible individuals with disabilities in the State of Missouri, VR must implement a statewide Order of Selection.

In accordance with the following disability priority categories, under an Order of Selection, individuals with the most significant disabilities will be selected first for the provision of VR services:

- Disability Priority Category I: An individual with the most significant disability

- Disability Priority Category II: An individual with a significant disability

- Disability Priority Category III: An individual with a disability

We intend to implement an Order of Selection and begin closing Disability Priority Categories on 12/1/24. At this time, we are planning to close Disability Priority Categories II and III, while keeping Disability Priority Category I open. The length of time that any particular Disability Priority Category is closed will fluctuate as we continuously monitor our case service spending throughout the year and beyond.

There are several things that need to occur prior to us formally entering into an Order of Selection and closing Disability Priority Categories:

- We must receive approval from RSA.

- We must hold public hearings, which are scheduled for 10/1 & 10/2. Formal notice will be coming soon.

- We will be providing in-person regional training for all VR staff. Specific dates are pending, but we are planning for early to mid-November.

Operating under an Order of Selection is not unusual. We have operated under an Order of Selection several times during my tenure at VR. We most recently came out of an Order of Selection in 2019. We continue to work diligently with the budget team at DESE, and other key partners to ensure that we can maximize our resources in order to minimize the impact of an Order of Selection in the future.

How we authorize services significantly impacts our ability to make timely and precise spending projections. In addition to continuing to advocate for our ability to maximize resources and ensure open authorizations are reviewed and cancelled if necessary, there are some changes to our current authorization practices that can aid in our ability to more accurately project our spending. Specifically, how we authorize for CRP services obligates funds via certain milestones that will only ever be paid in certain situations.

Therefore, effective 10/1/24 VR staff will no longer authorize "30 and 90 day" CRP milestones (ES03, ES04, ESP03, ESP04, SE05, SE06, IPS03, IPS04, EBTT05, and EBTT06) until job placement has occurred. Specifics on this process will be provided to VR staff on the 09/18/24 statewide call, and to CRP staff on a separate call on 9/20/24.

Missouri VR prides itself on providing quality service to the people that we serve. I continue to be inspired by the incredible work being done in this regard all across our state by our amazing VR staff and our incredible partners. I look forward to continuing to work together to empower people with disabilities through employment and transform lives through a great VR experience for everyone.

All the Best,
Chris

Chris Clause (he/him/his)|Assistant Commissioner, Office of Adult Learning and Rehabilitation Services| Missouri Department of Elementary and Secondary Education| 877-222-8963|vr.dese.mo.gov

2

# Equal Employment Opportunity and Work Force Diversity Policy

**Ability KC and Ability KC Industries**
HUMAN RESOURCES POLICY

**SUBJECT:**   Equal Employment Opportunity and Work Force Diversity

|  |  |
|---|---|
| Policy Number: | 100-100-05 |
| Effective Date: | 5/1/2002 |
| Revised Date: | 7/1/03, 12/23/13, 1/15, 9/15, 6/15, 9/17, 6/18 |
| Reviewed Date: | 12/05,4/09, 6/11, 9/12 12/13, 9/14, 3/16, 7/19, 9/20, 8/21, 8/24 |

**PERTAINS TO:**   The Organization

**PURPOSE**:

To state the continuing policy of Ability KC ("Organization") regarding equal employment opportunity and to support the Organization's commitment to achieve diversity in all departments and all levels of the organization.

**POLICY:**

The Organization is an equal employment opportunity employer believing in the importance and value of a diverse work force. Accordingly, it is the established policy that there will be no discrimination against applicants or employees on the basis of race, color, religion, gender, sexual orientation, gender identification, age, national origin, disability or disabled veteran and Vietnam veteran status. The scope of this policy includes, but is not limited to, the following: employment, work assignments/duties, promotion, demotion, discipline, transfer, layoff, termination, recruitment, advertising, rates of pay and other forms of compensation, selection for training and all organization-sponsored social and recreational programs.

To provide guidance for full implementation of the Organization's equal opportunity policy, the entry and growth of minorities, individuals with disabilities and women at all levels of the organization will be encouraged.

**PROCEDURE:**

1.   All staff are expected to treat all persons in a manner free from unlawful discrimination and to conform to all applicable civil rights laws and regulations.

2.   The Director of Administrative Services/Human Resources for the organization is responsible for coordinating and monitoring the equal employment opportunity compliance and diversity initiatives.

3.   Human Resources will provide the following support functions:

   a.   Work with management to enhance the system of recruitment and advertising to accomplish the objectives of increasing the number of women, individuals with disabilities and minority.

b.    Provide counsel and assistance to management to aid in achieving equal employment opportunity.

c.    Maintain appropriate records required to implement the Equal Employment Opportunity Policy.

d.    Communicate to employees the Organization's commitment to equal employment opportunity and diversity through educational training.

# Transfer Policy

# ABILITY KC and ABILITY KC INDUSTRIES
## HUMAN RESOURCES POLICY

**SUBJECT:** Employment Transfers – Voluntary / Involuntary

| | |
|---|---|
| **Policy Number:** | 200-300-06 |
| **Effective Date:** | 5/1/07 |
| **Revised Date:** | 4/09, 5/10, 1/15, 2/17 6/17, 6/18, 2/23 |
| **Reviewed Date:** | 6/11, 9/12, 12/13, 9/14, 3/16 8/19, 9/20, 8/21, 8/24 |

**PERTAINS TO:** All Employees of Ability KC

**DEFINITION:**
This policy refers to Ability KC, formerly RIKC (Rehabilitation Institute of Kansas City) and CTLC (Children's Therapeutic Learning Center).

**PURPOSE:**  To preserve an employee's employment status through an involuntary employment transfer to another department and/or position when it is deemed appropriate to do so for the continuity of business.

**DEFINITIONS:**

Same Position and/or Lateral Change – A change to the same job title or to a job title with substantially similar level duties and scope of responsibility. A lateral change is a change to a job in the same pay range.

Demotion – A change to a job title with lesser level duties and scope of responsibility as a result of disciplinary action. A demotion is a change to a job where the minimum of the new pay range is lower than the minimum of the former pay range.

Promotion – A change to a job title with higher level duties and scope of responsibility. A promotion is a change to a job where the minimum of the new pay range is higher than the minimum of the former pay range.

**POLICY/PROCEDURE:**

A. Department Managers shall make the request for an employee transfer, however, only Human Resources and the Executive Director must authorize collectively an involuntary transfer.

B. Incidents of transfer may impact multiple employees due to the decision to implement a transfer deemed appropriate for business necessity.

C.    Notification to Employee

1.    A full time, part time, or on call employee can be transferred to another department after a thirty (30) calendar day notification is made in writing to the employee.  If demotion is a result of disciplinary action, immediate transfer may be made if approved by the Executive Director.

2.    Management can, at their discretion, determine that an immediate transfer is necessary.

3.    The prospective Department Director/Manager may not reject the employee transfer when the transfer is an involuntary transfer.

B.    Lateral Changes

1.    Pay
Same Position/Lateral Changes
An employee who transfers to a position within the same pay range will retain his/her current base rate of pay and shift differential rate appropriate for the job title and shift.

2.    Performance Appraisal
The employee's current supervisor will complete a performance appraisal prior to the lateral change based on performance since the last performance appraisal.

3.    Next Salary Review
a.    The employee will retain his/her current salary review date.

b.    At the next salary review, following the lateral change, the employee will be eligible for a salary increase based on the performance appraisal done at the time of the lateral change and the performance after the lateral change.

C.    Demotions Between Departments
1.    Voluntary Demotions
A demotion is considered voluntary if the employee applies and is selected for the position or if the employee chooses to take the position in lieu of termination or layoff.

a.    Pay
1)    Employees who are demoted will be paid the more favorable pay rate of options a) and b) below.

a)      The pay rate will be calculated by providing two and one-half percent (2.5%) from the range minimum for the job for each year of equivalent experience;

b)      If the voluntary demotion is to a job title previously held by the employee, the employee will be given his/her former pay rate in that job title plus salary increases the employee would have received had he/she remained in that job title.

2)      If the decrease puts the employee's pay rate above the maximum of the new pay range, the employee's pay rate will be moved to the maximum.

3)      The employee will be paid the standard shift differential rate appropriate for the new job title and shift.

b.      Effective Date
The effective date of the new pay rate will be the first day of the pay period after which the voluntary demotion occurs.

c.      Performance Appraisal
The employee's current supervisor will complete a performance appraisal prior to the demotion based on the employee's performance since the last performance appraisal.

d.      Next Salary Review
1)      The employee will retain his/her current salary review date.

2)      At the next salary review following the demotion, the employee will be eligible for a salary increase based on the performance appraisal done at the time of the demotion and the performance after the demotion.

2.      Involuntary Demotions
A demotion is considered involuntary if the employee's job title changes and she/he moves to a lower pay range as a result of disciplinary action, or the title remains the same but the job is restructured and she/he is moved to a pay range where the minimum of the new pay range is lower than the minimum of the former pay range through re-evaluation of the position.

a.      Pay
1)      The employee's pay rate will be reduced to reflect the new pay range immediately upon demotion if demoted as a result of disciplinary action.

2)  The employee's pay rate will be reduced to reflect the new pay range following a 30 day notification to the employee. The employee's work experience years will be assessed, as defined in Section B.1. and 2., to determine the reduced pay rate within the new pay range.

3)  If the employee's experience pay rate exceeds the maximum of the newly assigned pay range, the employee's pay rate will be the maximum.

b.  Salary Review Date
The employee will retain his/her current salary review date.

Promotion/Transfer to Different Department

1.  An employee who is pending transfer at management's request may elect to apply for any open job opportunities, including promotional opportunities so long as the transfer *is not a* result of a disciplinary action.

2.  Pay

a.  Employees who apply for and are promoted will be paid the more favorable pay rate of either option 1) or 2) below.

1)  The pay rate will be calculated by giving two and one-half percent (2.5%) from the range minimum of the new job for each year of equivalent experience.

2)  The pay rate will be calculated using a two part formula.

a.  Based upon a performance appraisal done at the time of the promotion and the period of time since the last salary increase, according to the following:

| Months Until Next Review | Salary Increase | Months Until Next Review | Salary Increase |
|---|---|---|---|
| Less than 1 | 2.5% | 6-7 | 1.2% |
| 1 | 2.4% | 7-8 | 1.0% |
| 1-2 | 2.2% | 8-9 | .8% |
| 2-3 | 2.0% | 9-10 | .6% |
| 3-4 | 1.8% | 10-11 | .4% |
| 4-5 | 1.6% | 11-12 | .2% |
| 5-6 | 1.4% | | |

      b.     plus a promotional increase equal to the difference in the minimums of the two pay ranges.   The difference cannot equal less than two and one –half percent (2.5%) or more than eight percent (8%).

            If the combined increase puts the employee's pay rate above the maximum of the new pay range, the maximum will be paid.

   b.     The employee will be paid the standard shift differential rate appropriate for the new job title and shift.

3.     Performance Appraisal
The employee's current supervisor will complete a performance appraisal prior to the promotion based on the employee's performance since the last performance appraisal.

4.     Effective Date
The effective date of the salary increased for a promotion will be the first day of the pay period in which the promotion occurs.

5.     Next Salary Review
The next salary review will be twelve (12) months after the promotion and annually thereafter.

F.     Additional Information

Guidance on the interpretation and implementation of this policy and procedure can be obtained from Human Resources

# Organizational Chart



# ABILITY KC®
## ORGANIZATIONAL CHART

**AMY CASTILLO** — CEO & EXECUTIVE DIRECTOR

**SHANNON LEPPER** — CHIEF OPERATIONS OFFICER
- LEXI PATTISON — OPERATIONAL MANAGER
- ASHLEY KINSLY — MEDICAL NURSE MANAGER
- JENNI MILLER — DIRECTOR OF MARKETING & COMMUNICATIONS
  - ELENA PAUGER — MARKETING COORDINATOR
  - NANCY PETERSEN — COMMUNITY LIAISON
  - TONYA PABST — COMMUNITY LIAISON
  - XILI MCQUINN — COMMUNITY LIAISON

**JANET PADLEY** — CHIEF IMPACT OFFICER

**BRAD STEIMLE, MD** — MEDICAL DIRECTOR, ADULT OUTPATIENT MEDICAL REHABILITATION (ST. LUKE'S HEALTH SYSTEM)

**NICOLE McCARTAN, MD** — MEDICAL DIRECTOR, PEDIATRIC & ADOLESCENT OUTPATIENT MEDICAL REHABILITATION (CHILDREN'S MERCY)

**JANICE BROOKE** — DIRECTOR OF HUMAN RESOURCES & ADMINISTRATIVE SERVICES
- DERRICK FARMER — FACILITY OPERATIONS MANAGER
- FELECIA LOCKETT — HUMAN RESOURCES & ADMINISTRATIVE SERVICES MANAGER
- KATRINA STEVENS — ADULT MEDICAL REHAB. OFFICE COORDINATOR
- KERRY DURNER — PRESCHOOL & PEDIATRIC & ADOL. MEDICAL REHAB. COORDINATOR
- MARY LANGFORD — BIRTH PROGRAM & DEVELOPMENTAL HEALTH SERVICES OFFICE COORDINATOR

**DINA GARRETT** — BIRTH PROGRAM COORDINATOR
- CAMERON LOTT — DISCIPLINE MANAGER (OT)
- BRANDON STANTON — DISCIPLINE MANAGER (PT)
- STACY TITUS — DISCIPLINE MANAGER (SLP)
- RACHEL HURST — LEAD CASE MANAGER

**PERI MARQUARDT** — DIRECTOR OF PROFESSIONAL STANDARDS, CORPORATE COMPLIANCE & HIPAA COMPLIANCE OFFICER

**JEWELL COCKRUM** — THERAPEUTIC PRESCHOOL PROGRAMS DIRECTOR
- KYLE BOEHR — PROGRAM ANALYST & LOGISTICS MANAGER
- GABBIE BAUMANN — MANAGER OF PEDIATRICS & ADOLESCENTS
- CARRIE LEWIS — EARLY INTERVENTION COORDINATOR II
- KATY NUTT — EARLY LEARNING COORDINATOR

**LISA DABERKOW STALP, PHD** — DIRECTOR OF NEUROPSYCHOLOGY, DEVELOPMENTAL & BEHAVIORAL HEALTH SERVICES / ABILITY KC

**CHRISTY NITSCHE** — DIRECTOR OF ADVANCEMENT
- GEANNA ZOOK — MANAGER OF DEVELOPMENT & EVENTS (RhodE Liaison)
- VACANT — ADMINISTRATION/VOLUNTEER COORDINATOR

**SHERRY EARLY** — CHIEF FINANCIAL OFFICER
- KIMBERLY HUNTER — ACCOUNTING MANAGER
- CYNTHIA CARRAWAY — PATIENT ACCOUNTING MANAGER
- MICHELLE FERRARO — ASSISTANT MANAGER
- VACANT — VERIFICATION SPECIALIST
- VACANT — ADMISSIONS/REGISTRAR MANAGER

**JOSEPH JEFFERSON** — PROGRAMMING DIRECTOR OF BUSINESS OPERATIONS & FINANCE
- SUZIE WILEY — ADAPTIVE COMMUNICATION & COMPUTER TECHNOLOGY PROGRAM MANAGER
- MARLA NELSON — ABILITY KC INDUSTRIES PROGRAM MANAGER
- AMY DITTY — ENRICHMENT SERVICES MANAGER
- CAROLINE KULL — GRANTS MANAGEMENT SPECIALIST



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
# MISSOURI COMMISSION ON HUMAN RIGHTS

| MICHAEL L. PARSON | ANNA S. HUI | AL LI | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIR | EXECUTIVE DIRECTOR |

## NOTICE THAT A COMPLAINT HAS BEEN FILED

December 10, 2024

Ability KC
Attn: Human Resources/Legal Counsel
3011 Baltimore Ave
Kansas City, MO 64108

RE:   Bell v. Ability KC E-12/24-56527; 28E-2025-00132

Dear Sir/Madam:

This is to inform you that the enclosed complaint alleging discrimination in employment has been dually filed with the Missouri Commission on Human Rights (MCHR) and the Federal Equal Employment Opportunity Commission (EEOC). Pursuant to a work sharing agreement between the two agencies:

**This complaint will be investigated by MCHR.** You are encouraged to cooperate fully in the investigation. An investigator from our agency will be in contact with you. Please keep in mind:

- All facts and evidence provided by you in the course of investigation will be considered by the Executive Director in making a finding.
- **MCHR acts as a neutral fact-finder in the investigation. It does not represent either party.**
- Please complete the enclosed interrogatory and return it within **TWENTY (20)** calendar days of the date of this letter to bellvabilitykcz3354115@missouri-dolir.filevinegov.com.
- MCHR strives to complete investigations as quickly as possible. Providing the requested information within the specified timeframe will help to expedite the investigative process. We appreciate your assistance in meeting this goal.

The parties are encouraged to consider the possibility of settling this complaint on terms that are mutually agreeable. Please see the enclosed Early Resolution Notice.

If you have any questions, please contact the MCHR Investigator currently assigned to this matter, Brittany Cash, at brittany.cash@labor.mo.gov and bellvabilitykcz3354115@missouri-dolir.filevinegov.com. Thank you.

Enclosures

*NOTICE OF STATUTE PROHIBITING RETALIATION*
It shall be an unlawful practice for any employer, labor organization, or employment agency to discharge, expel, or otherwise discriminate against any person because he or she has opposed any practices forbidden under the law or because he or she has filed a complaint, testified, or assisted in any proceeding under Chapter 213, RSMo. as amended.

*The Missouri Commission on Human Rights is an equal opportunity employer/program.*
*Auxiliary aides and services are available upon request to individuals with disabilities.*

EEOC FORM 131-A  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

| | |
|---|---|
| Ability KC<br>3011 Baltimore Ave<br>Kansas City, MO 64108 | **PERSON FILING CHARGE**<br>Yolanda Bell |
| | **THIS PERSON**<br>Claims to be aggrieved |
| | **EEOC CHARGE NO.**<br>28E-2025-00132 |
| | **FEPA CHARGE NO.**<br>E-12/24-56527 |

**NOTICE OF CHARGE OF DISCRIMINATION in Jurisdiction where a FEP Agency will initially process**
*(See the enclosed for additional information)*

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER
Title VII (Title VII of the Civil Rights Act), Title VII (Title VII of the Civil Rights Act), Title VII (Title VII of the Civil Rights Act)

HAS BEEN RECEIVED BY
Missouri Commission On Human Rights and sent to the EEOC for dual filing.

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII, ADA GINA or PWFA charge) to investigate this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred.
You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC. This likelihood is increased by your active cooperation with the Agency.
As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency. For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.
For further correspondence on this matter, please use the charge number(s) shown above.

ENCLOSURE(S): Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION
Race, Retaliation, Race
**See enclosed copy of Charge of Discrimination**

| DATE<br>12/10/2024 | NAME/TITLE OF AUTHORIZED OFFICIAL<br>David Davis,<br>District Director | SIGNATURE |
|---|---|---|

## INFORMATION ON CHARGES OF DISCRIMINATION
### EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge. EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

**Section 1602.14 Preservation of records made or kept.** Where a charge... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action. The term *personnel records relevant to the charge*, for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 207(f) of GINA, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes. The Equal Pay Act contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

### NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.

# MISSOURI COMMISSION ON HUMAN RIGHTS

## INITIAL RESPONDENT INTERROGATORY

**COMPLAINANT:**     Yolanda Bell

**RESPONDENT:**     Ability KC

**MCHR NO.:**     E-12/24-56527

**EEOC NO.:**     28E-2025-00132

**The Missouri Human Rights Act states that during the investigation no information relating to the complaint shall be released to the public. During the investigation, complainants and respondents have access only to records they have provided. Section 213.077 RSMo. states Complainant and Respondent may have access to the file after closure of a case, except for sensitive or confidential records (which includes personnel files of other employees). The information you provide throughout the investigation will be treated in accordance with the confidentiality provided by Section 213.077 RSMo.**

1.   State Respondent's position regarding all of the allegations in the complaint and provide any supporting documentation. Please see the enclosed **Guidance on providing your position statement.**

2.   State the total number of Respondent employees at the time of the most recent date of alleged discrimination.

3.   State the name, address, telephone number, and e-mail address of the contact person for Respondent. If this is not the person or the entity authorized to accept service on behalf of the Respondent, then also provide the name address and telephone number of such person or entity.

4.   Is Respondent going through or contemplating bankruptcy proceedings?

5.   Provide Respondent's full legal name and correct address and telephone number if this information, as it appears on the complaint form, is inaccurate.

6.   Employers covered by the Missouri Human Rights Act are required to post the MCHR Discrimination in Employment poster in a place where other employee notices are posted or in a conspicuous place where employees will have access to it. If you do not have one, it is available for printing from our website under Mandatory Posters at http://www.labor.mo.gov/mohumanrights. **Provide a description of the location where Respondent has posted the MCHR Discrimination in Employment poster.**

If you have any questions, please contact the MCHR Investigator currently assigned to this matter, Brittany Cash, at brittany.cash@labor.mo.gov and bellvabilitykcz3354115@missouri-dolir.filevinegov.com.

# Guidance on Providing Your Position Statement

This is your opportunity to raise any and all defenses, legal or factual, in response to each of the allegations in the complaint. The position statement sets forth all of the facts relevant to respond to the allegations in the complaint, as well as any other facts you deem pertinent for the Missouri Commission on Human Rights' (MCHR's) consideration.

At a minimum, it should include a **specific**, **factual** response to every allegation of the complaint. The position statement should clearly explain your version of the facts and identify the specific documents and witnesses supporting the position. A well documented position statement can help MCHR accelerate the investigation and limit requests for additional information. Keep the following points in mind as you prepare your response to the complaint:

- Address each alleged discriminatory act and your position regarding it and provide copies of documents supporting your position and/or version of the events.

- Provide a description of the company, including the legal name and address of the company; name, address, title, email address, and telephone number of the person responsible for responding to the complaint; primary function of the business; and the number of employees in Missouri at the time of the alleged adverse act(s). A staffing or organizational chart is also useful.

- Provide copies or descriptions of any applicable practices, policies, or procedures.

- Identify any other individuals who have been similarly situated to Complainant regarding these practices, policies, or procedures. Describe the circumstances in which the practices, policies, or procedures have been applied to other individuals. Identify each person by name, job position, and protected status(es) relevant to this complaint. E.g., if Complainant alleges race discrimination, then identify the individual's race.

- Explain why any individuals who were in a similar situation to Complainant were treated differently than Complainant. **(MUST HAVE)**

- Identify each official who made decisions or took actions relating to the matter(s) raised in the complaint by name, address, title, email address, telephone number, and protected category relevant to this complaint.

- Be specific about date(s), action(s), and location(s) applicable to the case.

- Provide copies of any internal investigations of the alleged incidents or grievance hearing reports.

- Inform MCHR if the matter has been resolved, you have a proposal for resolution, or would like MCHR to request a proposal from Complainant.

# EARLY RESOLUTION NOTICE

The enclosed complaint has been filed with the Missouri Commission on Human Rights.

- MCHR has established an early resolution process to explore the possibilities of settling complaints shortly after they are filed.

- If the parties can reach a compromise resolution to the dispute, they enter into a no-fault settlement agreement.

- **If you elect to participate, then you do not need to respond to the Initial Respondent Interrogatory at this time.**

- As prompt resolution of these matters can be of benefit to all concerned, MCHR encourages you to use the early resolution process. Its purpose is to attempt to reach a quick resolution to this matter.

- We use either in-person mediation or telephone negotiations to facilitate resolutions. MCHR has trained staff to assist you with either method. If you are interested in participating in ER, please indicate which method you prefer so that we can assign the case to the appropriate person.

- Normally, if such an agreement cannot be reached within 60 days of the initiation of this process, it will end.

- If early resolution fails, the investigation will continue and you will be required to respond to the Initial Respondent Interrogatory.

- Information obtained in the early resolution process shall not be used in further proceedings without the consent of the parties.

If you are interested in Early Resolution, please contact MCHR Investigator Brittany Cash at 314-340-4776 Main or bellvabilitykcz3354115@missouri-dolir.filevinegov.com within ten (10) days of your receipt of this notice. Again, please indicate which method you are interested in using. Thank you.

# FREQUENTLY ASKED QUESTIONS ABOUT EARLY RESOLUTION

As an alternative to investigating every complaint of discrimination on its merits, the Missouri Commission on Human Rights (MCHR) has established an Early Resolution Process to explore the possibility of settling complaints shortly after they have been filed. As prompt resolutions to complaints benefit all parties, MCHR encourages all parties to participate in the Early Resolution (ER) Process. We answer many of the most frequently asked questions about ER below.

**What is the purpose of Early Resolution and what does it involve?**

The purpose of ER is to neutrally assist the parties to a complaint of discrimination in reaching a prompt, voluntary agreement to settle the complaint. Early Resolution is not an investigation of the merits of the complaint. The ER Process is a form of Alternative Dispute Resolution. The process is a structured negotiation facilitated by a Human Rights Officer (HRO) trained in mediation and conflict resolution. The HRO assigned for ER will not be acting as an investigator and maintains a neutral stance, representing neither party, regarding the negotiations. The HRO will encourage creative problem solving between the parties and will work to assist the parties in identifying their mutual interests in reaching a settlement. The settlement negotiations are often conducted over the telephone or in writing between the HRO and each of the parties individually. If both parties wish, they may schedule a face-to-face mediation session, with the HRO acting as the mediator. The ER process is free of charge.

**Why would I want to participate in ER?**

The Commission encourages settlement throughout its processing of a complaint. If you are a complainant, you may prefer to settle your complaint for something certain right now as opposed to something uncertain in the future. ER can be an effective way to resolve your complaint promptly and positively. If you are a respondent, you may prefer to settle a complaint through ER because settlement is usually less expensive the earlier it is reached. Finding an agreement not only avoids the cost of defending a claim through the administrative process or a civil lawsuit, but it also eliminates any potential risk of an adverse decision.

For both parties, ER allows the parties to control the outcome, rather than a third party making a decision in favor of only one party or the other. ER is always voluntary, equitable and non-coercive. The underlying assumption of Early Resolution is that, given the right framework, individuals are in the best position to solve their own conflicts. Early Resolution provides that framework for finding a prompt resolution in the best interest of both parties.

**Do I have to have an attorney in order to participate in ER?**

Only you can decide if you would like to have an attorney representing you in ER, but it is not required. If you are interested in having someone represent you, you are welcome to have a representative involved in ER. Because the HRO is neutral, he or she is precluded from providing advice to either party, but the HRO can help the parties explore alternatives, identify issues to consider, and provide information so the parties can make informed decisions about the negotiations. The HRO encourages the parties to consider a compromise, no-fault settlement to their dispute, but the HRO does not decide the terms of the settlement agreement or whether an agreement will be reached. Only the parties themselves decide the outcome of the ER Process.

**What happens if an agreement is reached?**

If the parties reach an agreement, then they sign a no-fault settlement agreement and the complaint is closed. Reaching an agreement also means that the complainant will not file a civil suit in court based on the discrimination complaint. If the complaint is dually filed with a federal agency, that agency's file is closed as well.

**What happens if an agreement is not reached?**

If an agreement is not reached through the ER process, then the complaint is assigned to an investigator and will be investigated on its merits. MCHR considers settlement negotiations confidential, so the information obtained during the Early Resolution Process will not be used in any subsequent proceedings.

**Who can I contact if I have additional questions?**

Brittany Cash
HRO - Investigator, Missouri Commission on Human Rights
111 N. 7th Street
Suite 903
Saint Louis, MO 63101
Phone: 314-340-4776 Main
Email: brittany.cash@labor.mo.gov
Case Specific Email: bellvabilitykcz3354115@missouri-dolir.filevinegov.com



# MISSOURI COMMISSION ON HUMAN RIGHTS
## MISSOURI DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS
### COMPLAINT PROCESS

# THE INVESTIGATION

- The person who files the complaint is called the **Complainant**. The organization or individual against whom the complaint is filed is called the **Respondent**. When a complaint of employment discrimination is filed with the Missouri Commission on Human Rights (MCHR), it is also automatically filed with the federal Equal Employment Opportunity Commission (EEOC) if the employer has 15 or more employees (or 20 or more employees if based on age). When a complaint of housing discrimination is filed with MCHR, it is also automatically filed with the U.S. Department of Housing and Urban Development.

- When a complaint is filed, MCHR conducts an impartial investigation to determine if the Missouri Human Rights Act was violated. MCHR does not choose sides or represent either the **Complainant** or the **Respondent**. Instead, MCHR looks for information that will show whether or not a person's protected category, such as race, disability, gender, etc., was a contributing factor in the alleged discriminatory act. MCHR is a neutral fact-finder.

- Please cooperate fully and promptly in this investigation because that speeds up the process. Keep us informed of any changes of address, telephone number or e-mail address. If you have an attorney, have him or her supply MCHR with a letter indicating he or she represents you. Also, reply promptly to requests for documents, names of witnesses and any other things MCHR might require. The best way for us to gather the facts is if you assist us.

- When the investigation has been completed, the Executive Director makes the final determination and notifies both parties in writing.

- If the Executive Director finds there was no violation of the statute, then the case will be closed and a notice of right to sue issued to the **Complainant**. Such a notice allows the **Complainant** to file suit in court against the **Respondent(s)** named in the complaint. Due to a change in the statute, such notices of right to sue will only be issued regarding alleged discrimination that occurred prior to August 28, 2017.

- If the Executive Director finds no violation in an employment discrimination complaint that has also been filed with EEOC, which will have a case number beginning with an "E," then the **Complainant** may ask the EEOC to review that determination. The **Complainant** must make this request in writing to EEOC within fifteen (15) days of receiving the Executive Director's determination.

- If the Executive Director determines the statute was violated, then MCHR will attempt to conciliate (settle) the case. If the case does not settle, MCHR can decide to hold a public hearing to adjudicate the complaint.

- If MCHR has not completed its processing of a complaint, then the **Complainant** may ask MCHR for a notice of right to sue. When issuing a notice of right to sue, MCHR terminates its investigation and closes its file. **A COMPLAINANT MUST FILE SUIT WITHIN TWO (2) YEARS OF THE ALLEGED DISCRMINATORY ACT AND WITHIN NINETY (90) DAYS OF THE ISSUANCE OF THE NOTICE OR THE RIGHT TO SUE WILL LAPSE.**

# SETTLEMENT

- At any time in the complaint process, the **Complainant** and the **Respondent** may negotiate a settlement to resolve the complaint. MCHR encourages the parties to consider no-fault, compromise settlements.

# RETALIATION

- It is illegal to take action against people because they complained of discrimination, whether they complained formally or informally, internally or externally, alleging discrimination against themselves or others. It is also illegal to retaliate against witnesses or anyone who has testified, assisted, or participated in any manner in MCHR's processing of the complaint.

# RECORD KEEPING

- ***Respondents*** are required to keep all of the records the investigation may need. Records made by the employer regarding the ***Complainant*** and other similarly situated persons are to be kept for one full year, but if a complaint is filed, then these records must be kept until the complaint is fully resolved. Records may be important even if they are about the ***Complainant's*** coworkers or those who sought a job ***Complainant*** sought.

# COMPLAINANT OR RESPONDENT ATTORNEYS

- The ***Complainant*** and the ***Respondent*** have the right to have an attorney during the administrative process, but it is not a requirement at the investigation stage. If the ***Complainant*** or ***Respondent*** hires an attorney, then the attorney should send MCHR a letter confirming the representation. All subsequent correspondence will then be sent directly to the attorney. Incorporated ***Respondents*** at public hearing are required to have an attorney.

# REMEDIES FOR DISCRIMINATION

- The Missouri Human Rights Act provides that remedies may be ordered when MCHR finds AFTER A PUBLIC HEARING that a ***Respondent*** has engaged in an unlawful discriminatory practice. Such remedies include, BUT ARE NOT LIMITED TO, payment of back pay, hiring, reinstatement or promotion, the extension of full, equal and un-segregated public accommodations, and payment of actual damages, including compensation for pain, suffering and deprivation of civil rights. The ***Complainant*** has an obligation under the law to mitigate the damages by continuing to seek work during any periods of unemployment.

# QUESTIONS?

- The MCHR staff is here to assist both parties while the complaint is in our process. Do not hesitate to seek clarification on any part of the complaint process. Some of the issues we deal with are complex, and you might want additional information. Copies of the Missouri Human Rights Act and MCHR's Rules and Regulations are available free of charge from our web site at www.labor.mo.gov/discrimination.

## MISSOURI COMMISSION ON HUMAN RIGHTS
P.O. Box 1129
Jefferson City, MO 65102-1129
Phone: 573-751-3325
Fax: 573-751-2905
E-Mail: mchr@labor.mo.gov
Website: www.labor.mo.gov/mohumanrights



Lathrop GPM LLP
lathropgpm.com

2345 Grand Blvd.
Suite 2200
Kansas City, MO 64108
Main: 816.292.2000

**Brian N. Woolley**
Senior Counsel
brian.woolley@lathropgpm.com
816.460.5621

January 14, 2025

VIA EMAIL: Bellvabilitykcz3354115@missouri-dolir.filevinegov.com

Missouri Commission on Human Rights
Attn: Brittany Cash - Investigator

RE:     *Bell v. Ability KC*
        *Charge E-112/24-56527; 28E-2025-00132*

Dear Ms. Cash:

I represent Ability KC, the respondent in this matter. Ability KC is a comprehensive outpatient medical rehabilitation facility providing individuals of all ages with therapeutic, educational, and vocational services. Located in Kansas City, Missouri, Ability KC serves approximately 3,000 individuals and families each year.

Ms. Bell is currently employed as a Receptionist by Ability KC. I would also note that several of the events mentioned occurred more than 180 days before the Charge was filed, as shown by the dates noted in the Charge, and thus are untimely.

As set forth in more detail in the attached response to the Initial Respondent Interrogatory, Ability KC did not discriminate against Ms. Bell because of her race (African-American) or in retaliation for any complaint. To summarize the response:

-       Ms. Bell is not the lowest paid receptionist. Her pay is in the middle of the three Receptionists. The one higher paid receptionist receives extra pay because she also provides clerical support to Ability KC's Board of Directors. (Without this additional pay, Ms. Bell would in fact be the highest paid receptionist).

-       Ms. Bell's Charge references three job transfer applications. The February 2024 job was for a staff accountant, and Ms. Bell does not possess the qualifications, including accounting work experience. The job was filled with a qualified candidate. The March 2024 job required knowledge of insurance benefit systems which Ms. Bell did not possess. Two of the three individuals hired for this position are African-American. The October 2024 transfer application was going to be awarded to Ms. Bell; however, because of budget constraints, a hiring freeze was instituted for the department in question (and existing staff in the department was reduced by 3 people), and so Ms. Bell was not moved into the new job.

65281708v1

- We believe the complaint Ms. Bell references was more than a year ago, when she expressed concern about advancement possibilities. Since that time, Ability KC has engaged consultants to work with support staff, including the Receptionists, on career planning and skill development. Further, Ability KC's employee-led DEIB council proposed that a consultant be engaged to assist in the mission of supporting diversity in the workforce, a proposal that was accepted. The consultant has been working with the DEIB council for almost a year. Ms. Bell has not been retaliated against for expressing her concern.

- Ms. Bell has not been disciplined or counseled because of any work performance issue. Her performance evaluations have consistently been very positive. Information has not been delayed in an effort to have her fail at her job. In fact, in the one example she mentions in her Charge, the work was given to her early (on the Wednesday before it was normally available, not after).

In short, there is no basis to believe that Ability KC has discriminated against or retaliated against Ms. Bell. If you have further questions, please let me know.

Very truly yours,

Lathrop GPM LLP

Brian N. Woolley
Senior Counsel

BNW:jlf

## Initial Respondent Interrogatory

| | |
|---|---|
| **Complainant:** | Yolanda Bell |
| **Respondent:** | Ability KC |
| **MCHR No.:** | E-12/24-56527 |
| **EEOC No.:** | 28E-2025-00132 |

### 1) Respondent's position regarding all of the allegations:

- **February 2024 Job Transfer Request to Finance Department for Staff Accountant position.**
  Supporting Documents:
  - Job Transfer Request Form
  - Yolanda's Resume and Job Application reporting education and work experience
  - H. Vergara's Resume and Job Application (hired candidate)
  - Staff Accountant job description with educational/work experience requirements

  Yolanda met with the hiring manager, CFO/Sherry Early on 3/1/24 to discuss the staff accountant position and it's required qualifications for the position.

  Yolanda reported having a high school/GED education reported on her application. Work experience reported was significant for customer service/reception duties but did not include a college degree or the desired accounting work history. The hiring manager advised Yolanda that she did not have the required/desired work history or education and was not hired to fill the Staff Accountant position.

  In the receptionist position, Yolanda's role does provide clerical support to varies departments, including Finance. She opens incoming mail-checks and tallies the day's check receipts to report to Finance and types out purchase orders and distributes to deparments.

  Position of Staff Accountant was filled 8/2024 with H. Vergara, Asian Male.

- **March 2024 Job Transfer Request to Admissions Department for Admissions Coordinator position.**
  Supporting Documents:
    - Job Transfer Request Form
    - Yolanda's Resume and Job application reporting education and work experience
    - M. Jackson, C. Alexis, and B. Hamilton's Resume (selected hired candidates)
    - Admissions Coordinator job description with educational/work experience requirements
    - Email dated 4/10/2024 from hiring manager, Tish Kinlein
    - Applications- Temporary Contract Agency Workers (3)

  Yolanda met with the Admissions Department hiring manager, Tish Kinlein, the week of April 8, 2024.

  Hiring Manager email dated 4/10/24 states Yolanda was not hired for the position due to the lack of experience/knowledge with insurance benefits systems.

  Yolanda requested consideration for a job shadowing experience in Admissions following the interview and was advised the hiring manager would need to review this with the Director.  The shadowing did not get arranged due in part to staffing shortages in Admissions at the time and challenges onboarding temporary contract personnel.

  Temporary contract agency workers were utilized to fill positions until recent hires.

  Temporary contract agency workers:

    - M. Jackson   African American Female
        - M. Jackson was hired to permanent position 9/2024.

    - A. Christal, African American Female
        - A. Christal was hired to permanent position 11/2024.

    - B. Hamilton, Caucasian Female
        - B. Hamilton was hired to permanent position 12/24.

-page 2-

- **October 2024 Job Transfer Request to Employment Services for Community Employment Job Trainer/Specialist position.**
  Supporting Documentation:
    - Job Transfer Request Form
    - Resume and Job application reporting education and work experience
    - Community Employment Specialist (CES) job description with educational/work experience requirements
    - Order of Selection/State of MO Vocational Rehab email notice, dated 12/1/24

  Yolanda interviewed with the Employment Services hiring manager, Amy Ditty on 10/3/2024. The interview included Melissa Tola, Employment Services Program Coordinator.

  The interview was initially for the Community Employment Job Trainer position, this was amended to interview for the CES position, which was confirmed interest in by Yolanda during the interview and agreeable to proceed with the interview for.

  This job offer was extended to Yolanda on 10/21/24 based on interview feedback and meeting position qualifications. At the same time of the interview process, the department was preparing their 2025 Budget and was requested by Executive Management to address the 2024 Revenue shortfall reported YTD for the Employment Services Department. In addition, the agency had discussions with the State of MO Vocational Rehabilitation Services that they would be reinstating the "Order of Selection" referral process that was projected to impact client referrals to the agency and have a negative impact to the revenues in 2025. Ability KC's executive management and Employment Services leadership made the decision that all vacant positions would be put on hold for filling, including the CES position recently extended offer to Yolanda. In addition, the 2025 Budget plan needed to reduce planned expenses. This resulted in all open positions being frozen for hire and 2.5 FTEs eliminated from the budget effective in the 2025 Budget.

  Staff were reduced by 2 full time staff and 1 part time staff for the 2025 Budget. They were:
    - Caucasian, Female CES staff
    - African American, Female CES staff
    - Caucasian, Female, CES staff



CONFIDENTIAL

- **Delaying providing fax log information necessary to do my job.**
  Supporting Documentation:
  - Email from Supervisor; Amanda Stebbins, date 6/25/24

  - There has been no negative repercussions for Yolanda from this change in task scheduling as the work materials were provided ahead of the actual date expected to be provided to her and at did not result in delay of receipt by Yolanda


- **Under paid compared to Caucasian employees doing comparable work.**

  Supporting Documentation:

  Paycom payroll report on salaries as of 1/8/25 for receptionist staff

  Reception Staff wages, full time work schedules

| | | | | Hired- |
|---|---|---|---|---|
| Kaley Jefferies | Caucasian | Female | $19.20 | 6/6/22 |

  $2 pay adjustment in 2023 for additional work assignment providing admin support to the Board of Directors for a year.
  (This staff resigned employment 1/10/25)

| | | | | |
|---|---|---|---|---|
| Yolanda Bell | African American | Female | $18.14 | 4/11/22 |
| Amalia Wendlandt | Caucasian | Female | $17.43 | 12/12/22 |

  Ability KC previously implemented a formal compensation review across all positions utilizing a third-party professional service starting in 2019 and maintains ongoing annual review/updates. This includes position description reviews, market salary comparisons and annual pay scale adjustments. Ability KC utilizes this information to upgrade position pay grades and pay comparisons for current staff with peers in same or comparable positions.

  Ability KC's strategy has been to implement pay grade and applicable staff pay adjustments by departments vs. all positions at one time due to budgetary challenges as a not-for-profit. The Support Services that includes Receptionists positions has just finalized pay grade and rate

reviews and the receptionists positions that will apply applicable adjustments to staff pay effective 1/2025.

## Concerns Reported 10/10/2023

HR Director, Janice Brooke, reported to the COO, Shannon Lepper, that Yolanda requested to meet to discuss with leadership her concerns she reported to the current HR Manager, Felecia Lockett and HR Director. A meeting was arranged with the CCO and Yolanda's current supervisor, Amanda Stebbins.

The meeting was held 10/11/23 and during the discussion Yolanda addressed three (3) concerns:

1) She was not given an opportunity to apply for positions at Ability KC that was consistent with policy and procedures. Yolanda reported that the former HR Manager had expressed to her that she should not apply for a certain position because the HR Manager knew that she would not be able to interview/obtain the position.

2) Yolanda reported she felt that she had skills that were not being utilized and wanted to look for different opportunities outside the reception desk.

3) Yolanda felt that Ability KC needed to be aware that African Americans needed increased representation at Ability KC as well as promotional opportunities.

At the end of the meeting Yolanda shared that she felt she had been listened to and Yolanda was made aware of the action steps that were to follow the discussion.

Actions taken:

1) Yolanda was asked several times during the meeting with the COO to provide specifics related to the position she was sharing concern with and who provided her the information. Yolanda did not or could not recall the specific position but revealed that the former HR Manager (resigned 8/2023) was the person that had stated she shouldn't apply for the position. Both the COO and HR Director made efforts to find documentation of this conversation with the former HR Manager and a completed Job Transfer form for the position in question. No such documentation was found for this. Investigation was limited due to Yolanda's unwillingness or inability to recall what position this was, this did not allow for follow up with the hiring manager to verify if conversation took place regarding Yolanda's applying for any position.

2) Leadership along with HR determined that Ability KC needed to invest in additional attention for awareness and opportunities for growth within Ability KC. To provide the needed attention for the support team including Yolanda, an outside consultant was contracted with to provide individual planning for growth and development. Tiffany Gillig, consultant, setup a work agreement that would include review of work duties, skill assessment, individual planning and development to help the support team, including reception staff, identify their career interest and path for achieving goals. Tiffany met with the support team, HR and leadership to start the career development planning on 11/28/2023. Yolanda called in sick this date and missed this opportunity to collaborate with the team and consultant in planning for this service. As planning moved forward, unfortunately, a medical emergency came about for the consultant so the initiative was post-posted until a new consultant was identified. As a result, leadership began working with Dan McDonough, with KC Culture Ambassadors and Org Vital Leadership to move forward with career development and employee engagement efforts.

The purpose of Dan's time with the support team was to look at purpose, skills and individual planning to link individuals and employer purpose and skill development. Focus groups were on 3/20-21/24 held to link Ability KC values and behaviors to the support team's needs.

In tandem to support team working with Dan/Org Vitals, Ability KC was also consulting with CBIZ for pay scale and job description assessments. It was identified that the support team would benefit from realignment as each receptionist reported to a different Office Coordinator and supported various program services. Realignment allowed for the same Office Coordinator to supervise the two receptionists located at the Baltimore building. This change was implemented 11/4/2024 and provides an opportunity for the Coordinator to assess work flows, roles and responsibilities to evenly support work capacity. The other reception staff is located in another building serving the preschool services reporting to a different Coordinator.

In response to Yolanda's concern with African Americans and the need for opportunity and promotions, Ability KC leadership and executive team were made aware of her concerns at the time. Yolanda was informed that diversity and inclusion is Ability KC's mission. We discussed the importance of tracking opportunities. Individual planning was not discussed with Yolanda, however, review of procedures and hiring practices did not support concerns of lack of opportunities or hiring for diversity, across populations, but will be monitored and assessed as consistent with policy and also consistent with DEIB employee led council.

To support our mission of diversity in the workforce, Ability KC's DEIB council proposed that Ability KC look to a consultant to further invest in DEIB strategies to ensure alignment with current organizational strategies. An RFP was

established in January 2024 for this consultant. Detailed time was spent with employees across programming to support the development of a DEIB strategic plan with assistance from Dr. Andrea Hendricks with Authentico. The council spent most of 2024 working with Dr. Hendricks in developing the strategic plan and will continue efforts to move forward in 2025 with identification and implementation of action steps.

2) **251 Employees**

3) **Contact person for Respondent:**

Janice Brooke, HR Director
Ability KC
3011 Baltimore Avenue
Kansas City, MO 64108
816/751-7802
Janice.brooke@abilitykc.org

Shannon Lepper, COO
Ability KC
3011 Baltimore Avenue
Kansas City, MO 64108
816/751-7914
Shannon.lepper@abilitykc.org

4) **No**, Respondent is not going thru or contemplating bankruptcy proceedings.

5) **Respondent information**:
Ability KC
3011 Baltimore Avenue
Kansas City, MO 64108
816/751-7700, Ext 7802

6) The **MCHR poster** is posted in the hallway inside the Human Resources department on 2nd floor accessible to employees. A second copy is posted on the 1st floor bulletin board along the front lobby area accessible to employees and the general public.


**About Respondent:**

Ability KC, founded in 1947, is the longest-standing comprehensive outpatient medical rehabilitation facility in Kansas City that is nationally accredited and recognized as a leader in value-based care. Our organization proudly provides a unique, personalized approach to care, serving people of all ages through educational, vocational, and

therapeutic services. From helping with a child's transition to kindergarten, to helping someone relearn how to drive or return to work, we're there for our community.

In addition to traditional outpatient medical rehabilitation services, Ability KC offers an intensive day program for individuals who need more comprehensive therapy services after being discharged from an inpatient facility or while recovering from a complex injury or illness.

With the day program, individuals will go home at the end of the day, but they receive the benefit of an inpatient program by being with a team of therapists for around five hours a day, for three to five days of individual or group therapy per week. The average length of therapy in our day program is four to six weeks.

Our comprehensive outpatient medical rehabilitation program serves children and adults with medical rehabilitation needs ranging from physical therapy to speech language therapy. Today, we take pride in being a leading provider of therapeutic, educational, and vocational services. No other organization in the region is able to join families for their child's first steps, the first time receiving driver's training when they turn 16, or returning to work. Serving 3,000 individuals and families every year.

Annual Performance Review:

Yolanda has completed two (2023 and 2024) annual performance reviews that have both ranked with exceeding standards of performance. Future growth and development goals were established that encouraged training in skill development using tutorial videos, skill building for use of Microsoft Office suite tools and Excel software use. She was also encouraged to participate in one of several Ability KC's cultural committees to help provide her exposure to other opportunities and engagement in the organization.

Additional documentation for review:

Personnel policies and procedures

- Employment Transfers – Voluntary/Involuntary
- Equal Employment Opportunity and Work Force Diversity

# Incident Summary – August 1, 2025

Date: August 1, 2025

Subject: Retaliation Concern – Removal from Finance Mail Duties Following Missing Check Incident

On July 31, 2025, the Finance Manager, Kimberly Hunter, came downstairs and asked me if we had any finance checks. I responded that there were no checks today and reminded her that she had received all the checks the day before.

Kimberly then informed me that a check for $75,000, dated July 8, 2025, sent to Ability KC, was reportedly missing and had not turned up. This statement caught me off guard and made me feel uncomfortable, especially given my current situation involving a racial discrimination and retaliation case.

The implication that a check of that size might have gone missing on my watch made me feel targeted. I have faithfully handled the mail for the entire building, including financial checks, for some time without issue.

Today, August 1, 2025, I returned from lunch to find that I had no mail duties at all. I was informed by Gloria from HR that I would no longer be handling finance mail and that Finance would be doing their own mail going forward.

No explanation was given to me for this change, and the timing — one day after the missing check was mentioned — makes me believe this may be retaliatory, especially given the current climate and my previous formal complaints.

I am documenting this incident because it may be part of a pattern of retaliation connected to my complaint, particularly as duties are slowly being taken from me without cause or performance concerns.

Please advise on how to proceed and whether this should be added to my official retaliation timeline.

# Yolanda Bell

816- 456-2858
8916 Tennessee
Kansas City, MO 64138
yonniebell1@gmail.com

PROFILE

Energetic professional recognized as a quick learner with exceptional computer skills and the unique ability to manage several tasks in a demanding environment. Efficient communicator seeking a challenging position, utilizing current skills and abilities, with the opportunity for professional growth. Strengths and accomplishments include:

· Leadership ability, able to motivate others to appropriate action. · Self-motivated and detail oriented, functioning well in fast paced.
environments. · Comfortable and effective handling multiple tasks simultaneously. · Superior work ethic with the self-discipline, focus, and desire to
succeed. · Equally effective working independently or as part of a team.

EMPLOYMENT

**Receptionist,** Ability KC

March 2022-Present

Responsible for responding to incoming switchboard calls and/ or inquiries transferring, routing of calls to appropriate departments. faxing reports from EMR. Purchasing and ordering office supplies
Matching invoices with checks, Mail prep, resolving issues with customer transportation when needed while providing a variety of excellent customer services.

**Operations Specialist,** Krucial Staffing

November 2020 - May 2021

Matches and assesses candidate skills to client needs through screening and interviewing.
Ability to handle a large call volume and multiple phone lines. Sustains a professional demeanor.
in a team environment, even under stressful conditions. Maintains regular contact with active.
employees to identify current recruitment needs and requirements, anticipated openings, and
possible new business prospects

**Spectrum Mobile,** Customer Service-Call Center

September 2017- July-2018

Responsible for handling customer service roles troubleshooting and resolving mobile customers.
technology service issues, including repair, billing, and accounts. problem solving, multitasking while.
providing a variety of excellent services.

**Administrative Assistant/Staffing Specialist,** Manpower Temp Services of Lee's Summit, MO.

July 2013- February 2014

Answered incoming calls numerous job openings that were available at our onsite location. Setup interviews and orientations. Reviewed client's resumes and qualifications to match the
most qualified candidates. General office duties via internet, website, and face to face. Assisted
over 40 plus employees in the call center regarding questions and concerns regarding hours,
payroll, pay card activation, schedules, and oral drug testing.

*Management Skills*

**Tax Training Specialist,** H&R Block.

October 2012- April 2013

Processed requests to set up or adjust Tax Training School Classes. Maintained tax professional.
training and certification records. Resolved tax professional and field management inquiries and
concerns regarding federal and state registration requirements. Handled customer service request.
via phone, fax, and email. Accounts payable duties and services.

Human Resource Service Center Agent, United Parcel Services (UPS). 

*over*

July 2008-October 2011
Managed and operated DOT and OSHA record keeping- maintaining a 95% accuracy audit rate at 2.2 claims per hour, Explored Web database and contacted medical offices for accurate medical. information to process claims. Maintained inbound/outbound calls from the main switchboard as well as other office tasks.

**Sr. Customer Information Representative,** Liberty Mutual. January 1999-June 2007
Reviewed client information for accuracy and entered data into various applications. Resolved customer concerns, questions, and requests to identify an appropriate course of action to insure the client's needs were met in an accurate, prompt, and professional manner. Sorted and delivered. incoming mail to case managers. Handled 150 client request calls per day.

*Insurance Verifications provided as well*

| | |
|---|---|
| From: | Sherry Early |
| Sent: | Wednesday, February 28, 2024 4:13 PM |
| To: | Yolanda Bell |
| Subject: | RE: Re: Transfer for a position |

Hi Yolanda,

I appreciate you reaching out and would like to meet with you. Would you be available to talk with me on Friday? My calendar is fairly open so just let me know what works best for you. If you could share your resume with me that would be great.

Thanks,
Sherry



**Sherry Early, MBA, CPA** | CFO
*Making Kansas City Stronger, Healthier, and More Diverse*
**O:** 816.751.7724 | **F:** 816.751.7980
3011 Baltimore Ave, Kansas City, MO 64108
www.abilitykc.org
Follow us on Instagram, Facebook, and LinkedIn.

CONFIDENTIALITY NOTICE: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution, or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by telephone at 816-751-7724 and destroy all copies of this communication and any attachments.

From: Yolanda Bell <yolanda.bell@abilitykc.org>
Sent: Wednesday, February 28, 2024 1:03 PM
To: Sherry Early <Sherry.Early@abilitykc.org>
Subject: Re: Transfer for a position

Hello Sherry,

The other day I expressed interest in a position you may have come available in Finance preferably in with Shauntae office. I feel that my experience here at the front desk as well as the work I've been doing in finance will help to some degree. As you know I'm willing to learn more about the finance department. Also, the duties the job intel's . I'm very reliable trustworthy! My supervisor Amanda can vouch for me as she has already given me a form to give you for a transfer to your department. I did put the letter in your box on the outside of your door.

Sincerely,



Yolanda Bell | Receptionist
*Making Kansas City Stronger, Healthier, and More Diverse*
**O:** 816.751.7700 | **F:** 816.751.7982
3011 Baltimore Ave. Kansas City, Mo. 64108
www.abilitykc.org
Follow us on Instagram, Facebook, and LinkedIn.

CONFIDENTIALITY NOTICE: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution, or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by telephone at 816-XXX-XXXX and destroy all copies of this communication and any attachments.



**IN THE 16TH JUDICIAL CIRCUIT
JACKSON COUNTY, MISSOURI
JACKSON - KANSAS CITY**
415 E 12TH, KANSAS CITY, MO 64106

Payor: KCB225
    415 E 12TH STREET
    KANSAS CITY, MO 64106

Receipt Date:     02-Sep-2025
Receipt Number:  16B23899404
Date Printed:    02-Sep-2025
Time Printed:    01:56 PM

**\*\*RECEIPT\*\***

| Payment Types Applied | Amount |
|---|---|
| Debit Deposit Code: | $112.50 |
| Scan deposit CHK/MO: | -$112.50 |

| | |
|---|---|
| Total Payment(s): | -$112.50 |
| Remaining Balance Due for Cases Listed Above as of: 02-Sep-2025 | $0.00 |

**Receipt Text:** YOLANDA BELL V ABILTY KC – CIRCUIT CLAIMS COURT
MO # (38062217452)

**Note:** Information shown on receipt is current as of date printed.



**IN THE 16TH JUDICIAL CIRCUIT**
**JACKSON COUNTY, MISSOURI**
**JACKSON - KANSAS CITY**
415 E 12TH, KANSAS CITY, MO 64106

---

Payor: YOLANDA BELL
      8916 TENNESSEE AVE
      KANSAS CITY, MO 64138

Receipt Date:      03-Sep-2025
Receipt Number:  16B23899763
Date Printed:     03-Sep-2025
Time Printed:     11:51 AM

**\*\*RECEIPT\*\***

---

**Case Number:** 2516-CV28135 - YOLANDA BELL V ABILITY KC

| | | |
|---|---|---:|
| | Balance Due prior to receipt: | $112.50 |
| Pet Filed in Circuit Ct | Law Library-Circuit: | -$20.00 |
| Pet Filed in Circuit Ct | Dom Viol-Dissolutions-Circuit: | -$2.00 |
| Pet Filed in Circuit Ct | Postage - Circuit: | -$7.00 |
| Pet Filed in Circuit Ct | Circuit Civil Costs: | -$83.50 |
| | Current Balance Due as of: 03-Sep-2025 | $0.00 |

| **Payment Types Applied to Case(s)** | **Amount** |
|---|---:|
| Debit Payment: | -$112.50 |

---

| | |
|---|---:|
| Total Payment(s): | $112.50 |
| Remaining Balance Due for Cases Listed Above as of: 03-Sep-2025 | $0.00 |

**Receipt Text:** CASE INIT RECEIPT

**Note:** Information shown on receipt is current as of date printed.

**Case Information for Case(s) Listed Above:**

**Case Number:** 2516-CV28135 - YOLANDA BELL V ABILITY KC
    **Party:** BELL YOLANDA
    **Party:** ABILITY KC

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

☒ AT KANSAS CITY ☐ AT INDEPENDENCE

**RE**: **YOLANDA BELL V ABILITY KC**
**CASE NO**: **2516-CV28135**

**TO**: **YOLANDA BELL**
**8916 TENNESSEE AVE**
**KANSAS CITY, MO 64138**

We have received pleadings, which you submitted for filing in the case and they have been file-stamped on <u>09/02/2025</u>. However, your pleading cannot be processed further until the following action is taken:

**RULE 3.2 - STYLE**
☐ Additional service instructions are needed.
☐ Incorrect case number/filed in wrong county.
☐ Document is unreadable.

**RULE 4.2 (2)**
☒ Need Circuit Court Form 4

**RULE 5.6 – COLLECTIONS OF DEPOSIT**
☒ No fee, or incorrect fee, received; fee required is <u>$36.00</u>.
☐ Insufficient Filing Fee; Please Remit $_____
☐ No signature on check/form 1695.
☐ No request to proceed in forma pauperis.
☐ No personal checks accepted.

**RULE 68.1**
☐ Need Circuit Court Form 17

**RULE 68.7 – VITAL STATISTICS REPORT**
☐ Need Certificate of dissolution of marriage form.

**RULE 74.14 SUPREME CT – FOREIGN JUDGMENT**
☐ Authentication of foreign judgment required.
☐ Affidavit pursuant to Supreme Court Rule 74.14

**RULE 54.12 SERVICE IN REM OR QUASI IN REM ACTIONS**
☐ Affidavit for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Order for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Notice for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Affidavit for Service by Certified/Registered Mail pursuant to Supreme Court Rule 54.12b.

☒ **OTHER: Please submit a Form 4 – Civil Filing Information Sheet, a copy will be attached. Please also submit a filing that includes an agent/manager/or person to serve for defendant ABILITY KC along with the $36.00 Civil Process service fee. Contact with any questions 816-881-3970**
☐ Please take the actions necessary to comply with the Circuit Court Rules and your request will be processed.
☐ The private process server listed is not on our approved list.
☐ Execution in effect. Return date _____. Request may be resubmitted within one week prior to return date.
☐ Supreme Court Rule 90.13 requires interrogatories be served with summons of garnishment.

<u>**If the filing was a new case, please be advised that unless the additional information marked is received within 30 days of the date of this notice this case will be dismissed pursuant to Rule 37.4 for failure to prosecute without prejudice, at the Plaintiff's cost. Collection efforts will be pursued for these costs.**</u>

**Please refer to the Court's website at www.16thcircuit.org for Court Rules or Forms.**

Copies electronic noticed, faxed, emailed and/or mailed SEPTEMBER 3, 2025 to:

COURT ADMINISTRATOR'S OFFICE
**DEPARTMENT OF CIVIL RECORDS**
CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

_____SEPTEMBER 3, 2025_____
Date

By _____

Deputy Clerk
☒ 415 East 12th St., Kansas City, Missouri 64106
☐ 308 W. Kansas, Independence, Missouri 64050

# Cover Letter

Clerk of Court – Civil Records
16th Judicial Circuit Court of Jackson County
415 E 12th St, 3rd Floor
Kansas City, MO 64106

Re: Yolanda Bell v. Ability KC – Submission of Form 4 and Sheriff Service Fee

Dear Clerk:

Enclosed please find the following to complete the filing for my case:
1. Form 4 (Civil Filing Information Sheet), completed with myself (Yolanda Bell, Pro Se) as Plaintiff and Ability KC as Defendant, with service by Jackson County Sheriff.
2. A money order/cashier's check in the amount of **$36.00**, payable to **Department of Civil Records**, to cover the sheriff service fee.

Please file the enclosed form, apply the payment toward service, and forward the papers to the Jackson County Sheriff's Office to effect service upon:

**Peri Marquardt, Director**
Ability KC
3011 Baltimore Ave
Kansas City, MO 64108

Thank you for your assistance. If further information is required, I can be reached at:
Phone: 816-456-2858
Address: 8916 Tennessee Ave, Kansas City, MO 64138

2516-CV28135

Sincerely,

Yolanda Bell (Pro Se)
8916 Tennessee Ave
Kansas City, MO 64138
Phone: 816-456-2858

FMEMO
9-15-25
NMH

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT KANSAS CITY**

**YOLANDA BELL,**

                          **PLAINTIFF(S),**                  **CASE NO. 2516-CV28135**

**VS.**                                                        **DIVISION 1**

  **ABILITY KC,**

                          **DEFENDANT(S).**

**NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE**
**AND ORDER FOR MEDIATION**

---

      NOTICE IS HEREBY GIVEN that this case is currently assigned to the Honorable SARAH A CASTLE and a Case Management Conference will be held with the Honorable SARAH A CASTLE on **05-JAN-2026** in **DIVISION 1** at **09:00 AM,** pursuant to Administrative Order. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

      A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

      At the Case Management Conference, counsel should be prepared to address at least the following:

      a.      A trial setting;

      b.      Expert Witness Disclosure Cutoff Date;

      c.      A schedule for the orderly preparation of the case for trial;

      d.      Any issues which require input or action by the Court;

      e.      The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.


/S/ **SARAH A CASTLE**
SARAH A CASTLE, **Circuit Judge**


Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
YOLANDA BELL, 8916 TENNESSEE AVE, KANSAS CITY, MO 64138

Defendant(s):
ABILITY KC
Dated: 16-SEP-2025                                    BEVERLY A. NEWMAN
                                                      Court Administrator



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>SARAH A CASTLE | Case Number: 2516-CV28135 |
|---|---|
| Plaintiff/Petitioner:<br>YOLANDA BELL | Plaintiff's/Petitioner's Attorney/Address<br>YOLANDA BELL<br>8916 TENNESSEE AVE<br>KANSAS CITY, MO  64138 |
| vs. | |
| Defendant/Respondent:<br> ABILITY KC | Court Address:<br>415 E 12th<br>KANSAS CITY, MO  64106 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **ABILITY KC**
                          **Alias:**

**DIRECTOR: PERI MARQUARDT**
**3011 BALTIMORE AVE**
**KANSAS CITY, MO  64108**



*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

16-SEP-2025
_____              _____
      Date                                              Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by:  (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with
  _____a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to

  _____ (name) _____(title).
☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____              _____
Printed Name of Sheriff or Server                         Signature of Sheriff or Server

*(Seal)*              **Must be sworn before a notary public if not served by an authorized officer:**

                      Subscribed and sworn to before me on _____ (date).

                      My commission expires: _____     _____
                                                              Date                             Notary Public

---

**Sheriff's Fees**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made. Thank you.

Circuit Court of Jackson County

6/2020



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>SARAH A CASTLE | Case Number: 2516-CV28135 |
| Plaintiff/Petitioner:<br>YOLANDA BELL<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>YOLANDA BELL<br>8916 TENNESSEE AVE<br>KANSAS CITY, MO 64138 |
| Defendant/Respondent:<br>ABILITY KC | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** ABILITY KC
**Alias:**

DIRECTOR: PERI MARQUARDT
3011 BALTIMORE AVE
KANSAS CITY, MO 64108

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

16-SEP-2025
Date                                         Clerk

Further Information:

## CORPORATION - PERSON IN CHARGE

I certify that I have served the within summons in Jackson County, Missouri, upon the within-named defendant corporation, **Ability KC**, by leaving a copy of the summons and a copy of the petition at the business office of said defendant corporation with **Peri Marquardt - Director**, who said he/she was the person in charge thereof.

Place of Service **3011 Baltimore Ave Kcmo 64108**

Date of Service **9-23-25**

Time of Service **1216 HRS**

**DEPARTMENT OF CIVIL PROCESS**
**COURT ADMINISTRATOR'S OFFICE**
**CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

CIRCT 3033 - 12/13

BY _____
DEPUTY

| | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $ | (_____ miles @ $._____ per mile) |
| **Total** | $ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# SERVICE RETURN

| | |
|---|---|
| **DOCUMENT ID:** 25-SMCC-10084 | **COURT DATE:** 05-JAN-2026, 09:00 AM |
| **CASE NUMBER** 2516-CV28135 | **FOREIGN CASE NUMBER:** |

☐ **Personal Service**    ☐ **Immediately**

☐ ASSOCIATE
☒ CIRCUIT
☐ FOREIGN
☐ FAMILY CT

DEFENDANT'S NAME AND ADDRESS:
ABILITY KC
DIRECTOR: PERI MARQUARDT
3011 BALTIMORE AVE
KANSAS CITY, MO 64108

*Person In Charge*

Place of Employment:
On Who/Method of Service: *Peri Marquardt - Director*
Date of Service: *9-23-25*    Time: *1216 HRS*    M. Deputy: DE LA TORRE, SALVATORE

Comments/NE Reason:

_____ MCD _____    Serve By: 16-OCT-2025

Documents to be Served: **SUMMONS/NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE AND ORDER FOR MEDIATION/PETITION FOR EMPLOYMENT DISCRIMINATION AND RETALIATION - CASE TYPE TJ/APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS/PRO SE EMPLOYMENT DISCRIMINATION COMPLAINT/MO DEPT OF LABOR & INDUSTRIAL RELATIONS COMMISSION ON HUMAN RIGHTS CHARGE OF DISCRIMINATION/EEOC DISMISSAL AND NOTICE OF RIGHTS/MO COMMISSION ON HUMAN RIGHTS DOCUMENTS: NOTICE OF RIGHT TO SUE, INVESTIGATIVE SUMMARY AND DOCUMENTATION, REQUEST FOR NOTICE OF RIGHT TO SUE, NOTICE THAT A COMPLAINT HAS BEEN FILED**